UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
May 22  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

C. A. NO. 303 CV 0577 JBA

ALLSTATE INSURANCE COMPANY and           )
ALLSTATE INDEMNITY COMPANY               )
    Plaintiffs,                          )
                                         )
v.                                       )
                                         )
ARTHUR M. SEIGEL, M.D.,                  )
ARTHUR M. SEIGEL, M.D., P.C.,            )
and ELLEN SEIGEL,                        )
    Defendants.                          )

### APPLICATION FOR PREJUDGMENT REMEDY

TO THE UNITED STATES DISTRICT COURT FOR THE JUDICIAL DISTRICT OF CONNECTICUT:

The undersigned represents:

1. That Allstate Insurance Company and Allstate Indemnity Company (collectively "Allstate") have commenced an action against Arthur Michael Seigel, M.D. and Ellen Seigel, of Guilford, Connecticut and Arthur M. Seigel, M.D., P.C., a Connecticut professional corporation with offices in New Haven, Wallingford and Branford, Connecticut, pursuant to the attached Writ, Summonses, Memorandum of Law and Affidavits, as well as the Complaint previously filed with this Court on April 1, 2003.

2. That there is probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any known defenses, counterclaims or set-offs, will be rendered in the matter in favor of the applicants, and that to secure the judgment the applicant seeks an order

[handwritten margin notes: "is" ; "to the extent agreed upon by" ; "withdrawn, without prejudice" ; "11/3/03 — Counsel"]