UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 JBA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>) |

## MOTION FOR CONFIDENTIALITY ORDER

The parties respectfully request that this Court enter the attached Confidentiality Stipulation and Protective Order. The parties appeared before United States Magistrate Judge Margolis on July 10, 2003, at which time the parties agreed to submit a proposed Confidentiality Stipulation. Consistent with the direction of the Court contained in Magistrate Judge Margolis' Memorandum of July 10, 2003, the parties submit the attached Confidentiality Stipulation and Protective Order and request that it be entered as an Order of the Court to govern the disclosure of confidential material as defined therein during the course of this litigation.

*[Handwritten margin notes: "11/3/03 - Granted, by agreement"]*

*[Stamps: FILED Aug 19 10:31 AM '03, U.S. District Court, New Haven, Conn.; FILED Nov 3 3:47 PM '03, U.S. District Court, New Haven, Conn.]*