UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status/Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

November 3, 2003

10:00 A.M.

*Held 11:35 - 1:00 - (1 hr 25 min.)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY
ARE UNABLE TO ATTEND THE CONFERENCE

3-03-CV-577 (MRK) Allstate Insurance v. Seigel
-------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| ✓ David L. Belt *(Deft)* | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |
| ✓ David O. Brink *(Plf)* | Smith & Brink, 122 Quincy Shore Drive, Quincy, MA 617-770-2214 |
| Mathew Dallas Gordon | Skelley Rottner, 433 S. Main St. Suite 305, W. Hartford, CT 860-561-7077 |
| ✓ Ira B. Grudberg *(Deft)* | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT 203-772-3100 |
| Richard D. King Jr. | Smith & Brink, 122 Quincy Shore Drive, Quincy, MA 617-770-2214 |
| Joel J. Rottner | Skelley Rottner, P.C., PO Box 340890, Hartford, CT 860-561-7077 |
| Nathan Tilden | Smith & Brink, 122 Quincy Shore Drive, Quincy, MA 617-770-2214 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK