IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------x

ALLSTATE INS. CO. ET AL.           :

                                          :   3:03 CV 577 (MRK)

V.                                 :

ARTHUR M. SEIGEL, MD. ET AL.       :   DATE: NOV. 3, 2003

------------------------------------------------------------x

### MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference:  November 3, 2003

Attorneys Present:   David O. Brink, Esq.
                           (For Plaintiffs)

                           Ira B. Grudberg, Esq.
                           David L. Belt, Esq.
                           (For Defendants)

### DISCUSSIONS

Settlement discussions were not productive. Counsel agreed that discovery will continue only with respect to those claims not addressed in defendants' pending Motion to Dismiss, filed August 5, 2003 (Dkt. #31), i.e., the first-party claims. Counsel further agreed that once defense counsel has received and reviewed copies of plaintiff's files regarding the first-party claims, the Magistrate Judge will hold a telephonic status conference to set deadlines for the completion of discovery regarding such claims.

### ORDERS

1. By agreement of counsel, once defense counsel has received and reviewed copies of plaintiff's files regarding the first-party claims, counsel are to arrange for a telephonic status conference to set deadlines for the completion of discovery regarding such claims.

AO 72A
(Rev. 8/82)

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 3rd day of November, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)