**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

C. A. NO.  303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and | ) |
| ALLSTATE INDEMNITY COMPANY | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ARTHUR M. SEIGEL, M.D., | ) |
| ARTHUR M. SEIGEL, M.D., P.C., | ) |
| and ELLEN SEIGEL, | ) |
|    Defendants. | ) |

## PLAINTIFFS' MOTION TO AMEND COMPLAINT

The plaintiffs, Allstate Insurance Company and Allstate Indemnity Company
(hereinafter collectively referred to as "Allstate"), respectfully request leave of the Court
pursuant to Rule 15(a), Fed. R. Civ. P., to file an amended complaint.  A copy of
Allstate's First Amended Complaint is annexed hereto at A.  Allstate filed its Complaint
in this matter on April 1, 2003.  The defendants filed a Motion to Dismiss on August 5,
2003.  No discovery has been conducted by the defendants.

Allstate seeks to amend its Complaint for the following reasons:

1.     To conform the allegations regarding damages to the facts contained in the
Affidavit of Herbert I. Weisberg, Ph.D. filed with the Court on May 20, 2003 in support
of Plaintiffs' Application for Prejudgment Remedy.  These amendments (contained at ¶¶
5, 42, 387-389 and Summary of Damages Chart of the First Amended Complaint) better
define the precise nature and amount of Allstate's damages.

2.     Address issues raised in subparagraph (5) of defendant's Motion to
Dismiss filed with the Court on August 5, 2003, as follows: