IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
ALLSTATE INS. CO. ET AL.                       :
                                               :   3:03 CV 577 (MRK)
V.                                             :
                                               :
ARTHUR M. SEIGEL, MD. ET AL.                   :   DATE: NOV. 25, 2003
                                               :
-----------------------------------------------x
```

FILED
Nov 25  4 10 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

### MEMORANDUM OF DISCOVERY CONFERENCE

Date of Conference:  November 25, 2003

Attorneys Present:  David O. Brink, Esq.
Nathan Tilden, Esq.
(For Plaintiffs)

Ira B. Grudberg, Esq.
David L. Belt, Esq.
Joshua Lanning, Esq.
(For Defendants)

### DISCUSSIONS

Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, all fact discovery regarding the first-party claims shall be completed **on or before March 15, 2004**.

2. By further agreement of counsel, defendants shall disclose their experts and expert reports, if any, regarding the first-party claims **on or before March 15, 2004**, and such experts shall be deposed **on or before April 15, 2004**.

3. By further agreement of counsel, defendants shall execute the paperwork regarding the resolution of plaintiffs' Application for Prejudgment Remedy **on or before**

AO 72A
(Rev. 8/82)

**December 9, 2003**.

    4. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

    Dated at New Haven, Connecticut, this 25th day of November, 2003.

                                         Joan Glazer Margolis
                                         U.S. Magistrate Judge

AO 72A
(Rev. 8/82)