# United States District Court

DISTRICT OF CONNECTICUT



3CV577APR

ALLSTATE INSURANCE COMPANY
& ALLSTATE INDEMNITY
COMPANY

FILED
DEC 1  8 50 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

## APPEARANCE

v

CASE NUMBER: 303 CV 0577 (MRK)

ARTHUR M. SEIGEL, M.D., ARTHUR M.
SEIGEL, M.D., P.C. and ELLEN SEIGEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for all defendants, Arthur M. Seigel, M.D., Arthur M. Seigel, M.D., P.C. and Ellen Seigel

| | |
|---|---|
| November 26, 2003 | _____ |
| Date | Signature |
| | Joshua D. Lanning (ct 24529) |
| | Print Name |
| | |
| | 350 Orange Street/P.O. Box 606 |
| | Address |
| | |
| | New Haven,    Connecticut    06511 |
| | City        State        Zip Code |
| | |
| | (203) 772-3100        (203) 772-1691 |
| | Phone Number        Fax Number |
| | e-mail: jlanning@jacobslaw.com |

## **CERTIFICATION**

I hereby certify that a copy of the Appearance was mailed first class, postage prepaid on this 26th day of November, 2003 to:

Joel Rottner, Esq.
Matthew D. Gordon, Esq.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA 02171

Joshua D. Lanning