UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement + Discovery Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 25, 2003

1:00 P.M.

*Held 1:10 – 1:25 (15 min)*

CASE NO. **3:03cv577** (MRK) Allstate Ins. v. Seigel

| | |
|---|---|
| David L. Belt<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange St., Po Box 606<br>New Haven, CT 06503-0001<br>203-772-3100<br>203-772-1691 (fax)<br>dbelt@jacobslaw.com | Arthur M. Seigel MD PC<br>Arthur M. Seigel<br>Ellen Seigel |
| David O. Brink<br>Smith & Brink<br>122 Quincy Shore Drive<br>Quincy, MA 02171<br>617-770-2214 | Allstate Indemnity Co.<br>Allstate Ins. Co. |
| Mathew Dallas Gordon<br>Skelley Rottner<br>433 S. Main St.<br>Suite 305<br>W. Hartford, CT 06110<br>860-561-7077 | Allstate Indemnity Co.<br>Allstate Ins. Co. |
| Ira B. Grudberg<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange St., Po Box 606<br>New Haven, CT 06503-0001<br>203-772-3100 | Arthur M. Seigel MD PC<br>Arthur M. Seigel<br>Ellen Seigel |
| Richard D. King, Jr.<br>Smith & Brink<br>122 Quincy Shore Drive<br>Quincy, MA 02171<br>617-770-2214 | Allstate Indemnity Co.<br>Allstate Ins. Co. |

| | |
|---|---|
| Joel J. Rottner<br>Skelley Rottner, P.C.<br>PO Box 340890<br>Hartford, CT 06134-0890<br>860-561-7077 | Allstate Indemnity Co.<br>Allstate Ins. Co. |
| Nathan Tilden<br>Smith & Brink<br>122 Quincy Shore Drive<br>Quincy, MA 02171<br>617-770-2214 | Allstate Indemnity Co.<br>Allstate Ins. Co. |

*/s/ Josh Lanning*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK