CT/cvmhrg (January 10, 2002

HONORABLE **M. R. Kravitz**

DEPUTY CLERK **K. Ghilardi** RPTR/ERO/TAPE **K. Falcone**

TOTAL TIME: ___ hours ___ minutes

DATE **NOV 25, 2003**    START TIME **2:05**    END TIME **4:35**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Allstate Ins. Co. et al**

CIVIL NO. **3:03cv577 MRK**

§
§
§    Plaintiffs Counsel _____
vs.    §    ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
**Seigel, et al**    §
§    Defendants Counsel _____

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing

☐ (contmphrg.) Contempt Hearing

☐ (pchrg.) Probable Cause Hearing

☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing

☐ (evidhrg.) Evidentiary Hearing

☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing

☐ (jgmdbexam.) Judgment Debtor Exam

☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ ..... #31 | Motion **Def. Mot. Dismiss** | | ☐ granted | ☐ denied | ☑ advisement |
| ☐ ..... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... # | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |

☐ ..... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Oral Argument Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3rd Floor Courtroom #4

Tuesday November 25, 2003
2:00 p.m.

CASE NO. <u>3:03cv577 MRK    Allstate Ins Co, et al v. Seigel, et al</u>

*pla* David L. Belt
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

*pla* David O. Brink
Smith & Brink
122 Quincy Shore Drive
Quincy, MA 02171

Mathew Dallas Gordon
Skelley Rottner
433 S. Main St. Suite 305
W. Hartford, CT 06110

*pla* Ira B. Grudberg
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange St., Po Box 606
New Haven, CT 06503-0001

*pla* Richard D. King Jr.
Smith & Brink
122 Quincy Shore Drive
Quincy, MA 02171

Joel J. Rottner
Skelley Rottner, P.C.
PO Box 340890
Hartford, CT 06134-0890


Ple Nathan Tilden
Smith & Brink
122 Quincy Shore Drive
Quincy, MA 02171


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK