UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY<br>            Plaintiffs, | :<br>:<br>:<br>: | NO. 3:03CV577(MRK) |
| v. | : | |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>            Defendants. | :<br>:<br>:<br>:<br>: | |

## ORDER

Plaintiff's Unopposed Motion For Leave To File Surreply Memorandum Of Law In Opposition To Defendants' Motion To Dismiss [doc. #44], dated November 3, 2003, is hereby GRANTED absent objection.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                  U.S.D.J.

Dated at New Haven, Connecticut: January 13, 2004.