MOTEXT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

ALLSTATE INSURANCE COMPANY and )
ALLSTATE INDEMNITY COMPANY )
    Plaintiffs, )
)
v. )
)
ARTHUR M. SEIGEL, M.D., )
ARTHUR M. SEIGEL, M.D., P.C., )
and ELLEN SEIGEL, )
    Defendants. )

## JOINT MOTION TO EXTEND FIRST PARTY CLAIM DISCOVERY DEADLINE

Now come the parties in the above-captioned matter and respectfully request that this Court extend and toll the deadline regarding first-party claim discovery until ninety (90) days following the Court's decision on defendants' Motion to Dismiss Pursuant to Rule 12(b), Fed. R. Civ. P.

No deadline has been set for the completion of discovery regarding third-party claims alleged in plaintiffs' Complaint.

On November 25, 2003, Magistrate Judge Margolis convened a status conference at which time a deadline for discovery regarding first-party claims was set for March 15, 2004. A copy of the November 25, 2003 Order is attached at A.

On the same day, Judge Kravitz heard oral argument from the parties on defendants' Motion to Dismiss. As of this writing, no decision has been announced by the Court with respect to defendants' Motion to Dismiss. In light of the fact that a substantial majority of the claims pleaded and the injury alleged in plaintiffs' Complaint arise in connection with third party claims, the Court's decision on defendants' Motion to

[handwritten margin note: 2/17/04 -- Granted by consent -- discovery on the first-party claims shall be completed within ninety (90) days of the ruling on Defendants' Motion to Dismiss.]

Dismiss will impact significantly the parties' respective litigation posture going forward. Accordingly, in an interest to contain costs and to avoid unnecessary and/or duplicative discovery efforts and motion practice, the parties request that the deadline for discovery regarding first-party claims be tolled.

For all of the foregoing reasons, the undersigned parties respectfully request that the Court toll the first-party-claim-discovery deadline now set for March 15, 2004 until ninety (90) days following the Court's decision on defendants' Motion to Dismiss Pursuant to Rule 12(b), Fed. R. Civ. P.

| | |
|---|---|
| Respectfully Submitted,<br>*Arthur M. Seigel, Ellen Seigel*<br>*Arthur M. Seigel, P.C.,*<br><br>By their Attorney,<br><br>*[signature]*<br>Ira B. Grudberg, Esq.<br>Federal Bar No. CT00178<br>Jacobs, Grudberg, Belt & Dow, P.C.<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606<br><br>Dated: 2/1/04 | Respectfully Submitted,<br>*Allstate Insurance Company and*<br>*Allstate Indemnity Company,*<br><br>By their Attorneys,<br><br>*[signature]*<br>David O. Brink<br>Federal Bar No. CT23989<br>Richard D. King, Jr.<br>Federal Bar No. CT23997<br>Nathan A. Tilden<br>Federal Bar No. CT24011<br>Smith & Brink, P.C.<br>122 Quincy Shore Drive<br>Quincy, MA 02171<br><br>Joel Rottner, Esq.<br>Federal Bar No. CT05612<br>Skelley Rottner, P.C.<br>P.O. Box 340890<br>Hartford, CT 06134<br><br>Dated: 2/0/04 |

## CERTIFICATE OF SERVICE

I, Richard D. King, Jr., attorney for the plaintiffs, hereby certify that I mailed, postage prepaid a copy of the document listed below to:

Ira B. Grudberg, Esq.
David L. Belt, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503-0606

Joel Rottner, Esq.
Skelly & Rottner, P.C.
433 S. Main St.
West Hartford, CT 06610-1670

Honorable Joan G. Margolis
U.S. Magistrate Judge
United States District Court
For The District of Connecticut
141 Church Street, Room 303
New Haven, CT 06510

- Joint Motion to Extend First Party Claim Discovery Deadline

_____
Richard D. King, Jr.

Dated: February 10, 2004