UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

ALLSTATE INSURANCE COMPANY and )
ALLSTATE INDEMNITY COMPANY )
    Plaintiffs, )
)
v. )
)
ARTHUR M. SEIGEL, M.D., )
ARTHUR M. SEIGEL, M.D., P.C., )
and ELLEN SEIGEL, )
    Defendants. )

## JOINT PROPOSED DISCOVERY SCHEDULE

The parties submit the within Joint Proposed Discovery Schedule as directed by the Court in its Memorandum of Decision dated March 30, 2004.

I. **DISCOVERY**

    (a) The parties intend to conduct discovery regarding liability and damages including, but not limited to, written discovery pursuant to Rules 26, 33, 34 and 36, Fed. R. Civ. P.;

    (b) All fact discovery, excluding depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), shall be completed by **February 28, 2005**;

    (c) Discovery will not be conducted in phases (in light of the Court's denial of plaintiffs' Motion to Dismiss with respect to Allstate's third-party claim, discovery will not be divided according to the nature of damages);

    (d) The plaintiffs will require depositions of fact witnesses including, but not limited to:

        (1) Depositions of the principal defendants. The deposition of Dr. Seigel was commenced on October 21, 2003, and continued pending the resolution of defendants' Motion to Dismiss;

        (2) Seigel patient depositions.

        (3) Keeper of Records depositions. The legitimacy of medical records and medical billing is central to this litigation. Allstate anticipates issuing a number of Keeper of Records

      deposition notices to medical supply vendors who did business with the defendants, medical providers associated with the defendants and/or the treatment of common Allstate claimants, and other insurance companies. The number of such Record Depositions is dependent upon the number of vendors, insurance companies and other medical providers associated with the defendants' business during the period in question. Absent insistence by the defendants that formal depositions before a court-approved stenographer be convened in each case, any such record depositions, by their nature, will be narrow in scope and would call for the production of records only.

   (4) Seigel, P.C. employee depositions.

 (e) The defendants will conduct fact depositions of Allstate claims personnel;

All fact-witness depositions will be completed by **February 28, 2005.**

 (f) The plaintiffs will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by **April 30, 2005**. Depositions of all plaintiffs' experts will be completed by **May 30, 2005**. Plaintiffs have already submitted detailed affidavits of two experts in support of their application for PJR.

 (g) Defendants shall designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by **April 30, 2005**. Depositions of all defense experts will be completed by **May 30, 2005**.

 (h) Any party who has a claim or counterclaim for damages will provide a damage analysis on or before **December, 30, 2004**.

## II. DISPOSITIVE MOTIONS

Dispositive motions will be filed on or before **July 30, 2005**.

## III. JOINT TRIAL MEMORANDUM

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by **August 30, 2005**.

## IV. TRIAL READINESS

The case will be ready for trial forty (40) days after the filing of the joint trial memorandum.

## V.   SETTLEMENT CONFERENCE

The parties do not request a Settlement Conference with the Court at this time.

As officers of the Court, undersigned counsel agree to cooperate to promote the just, speedy and inexpensive determination of this action.

Respectfully Submitted,
*Arthur M. Seigel, Ellen Seigel and Arthur M. Seigel, P.C.,*
By their Attorney,

*(signature)*

Ira B. Grudberg, Esq.
Federal Bar No. CT00178
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

Dated: 4/22/04

Respectfully Submitted,
*Allstate Insurance Company and Allstate Indemnity Company,*
By their Attorneys,

*(signature)*

David O. Brink
Federal Bar No. CT23989
Richard D. King, Jr.
Federal Bar No. CT23997
Nathan A. Tilden
Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171

Joel Rottner, Esq.
Federal Bar No. CT05612
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134

Dated: 4/22/04