UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL NO. 3:03 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ARTHUR M. SEIGEL, M.D.

Now comes the plaintiffs, Allstate Insurance Company and Allstate Indemnity Company (hereinafter collectively referred to as "Allstate"), and hereby move pursuant to Fed. R. Civ. P. 56 for partial summary judgment on Counts I, IV, V and VI of plaintiffs' Complaint against defendant, Arthur M. Seigel, M.D. only.

WHEREFORE, Allstate respectfully requests that this Honorable Court enter partial summary judgment in favor of Allstate Insurance Company and Allstate Indemnity Company as follows:

(1) COUNT I: JUDGMENT on liability enter against Arthur M. Seigel, M.D. for violations of 18 U.S.C. §1962(c);

(2) COUNT IV: JUDGMENT on liability enter against Arthur M. Seigel, M.D. for violation of Connecticut common law fraud;

(3) COUNT V: JUDGMENT on liability enter against Arthur M. Seigel, M.D. for violations of Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-110b(a);

(4) COUNT VI: JUDGMENT on liability enter against Arthur M. Seigel, M.D. for violations of the Connecticut Health Insurance Fraud Act, Conn. Gen. Stat. §53-442;

**PLAINTIFFS REQUEST ORAL ARGUMENT**

(5) That the jury be instructed at the commencement of trial that Arthur M. Seigel, M.D. has been adjudged liable under Counts I, IV, V and VI for violating the federal RICO act, the Connecticut Unfair Trade Practices Act, the Connecticut Health Insurance Fraud Act and committed fraud in violation of Connecticut law, and that the only issue in controversy is the amount of damages to which Allstate is entitled as a result of the conduct for which Dr. Seigel has been adjudged liable.

As further support for its motion for partial summary judgment against Arthur M. Seigel, M.D., Allstate respectfully directs this Court's attention to the Local Rule 56(a)1 Statement and Memorandum of Law filed herewith.

> Respectfully Submitted,
> Plaintiffs,
> *Allstate Insurance Company and Allstate Indemnity Company,*
> By their Attorneys,
>
> _____
> David O. Brink
> Federal Bar No. CT23989
> Richard D. King, Jr.
> Federal Bar No. CT23997
> Nathan A. Tilden
> Federal Bar No. CT24011
> Smith & Brink, P.C.
> 122 Quincy Shore Drive
> Quincy, MA 02171
> Tel. (617) 770-2214

**PLAINTIFFS REQUEST ORAL ARGUMENT**
2