UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 JBA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY<br>　　　Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.<br>and ELLEN SEIGEL,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JANUARY 11, 2005 |

MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rules of Civil Procedure, Rule 6(b), defendant Arthur M. Seigel moves this Court for an enlargement of time of 20 days up to and including February 14, 2005 in which to respond to Plaintiffs' Motion for Partial Summary Judgment. Said Motion is dated January 3, 2005 and was filed January 4, 2005. The enlargement is necessary to reply to the motion, the many issues raised therein, and the voluminous materials attached to plaintiffs' Local Rule 56(a)1 Statement.

Counsel for plaintiffs has been consulted and consents to the requested extension.

THE DEFENDANT
ARTHUR M. SEIGEL, M.D.

By_____
   Ira B. Grudberg (ct00178)
   JACOBS, GRUDBERG, BELT, DOW & KATZ, P.C.
350 Orange Street
New Haven, Connecticut 06503
Telephone No. (203) 772-3100
Facsimile No. (203) 772-1691
email: igrudberg@jacobslaw.com
email: dbelt@jacobslaw.com

## CERTIFICATION

I hereby certify that the foregoing Request for Enlargement of Time has been served by placing a copy thereof in the United States mail, first class postage prepaid, addressed to:

Joel Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA 02171

this 13th day of January, 2005

Ira B. Grudberg