UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

ALLSTATE INSURANCE COMPANY and )
ALLSTATE INDEMNITY COMPANY )
    Plaintiffs, )
)
v. )
)
ARTHUR M. SEIGEL, M.D., )
ARTHUR M. SEIGEL, M.D., P.C. )
and ELLEN SEIGEL, )
    Defendants. ) FEBRUARY 14, 2005

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSES/OBJECTIONS TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ARTHUR M. SEIGEL, M.D.

1. After granting of the first consented extension of time to file defendant Arthur M. Seigel, M.D.'s memorandum in response to the plaintiff's motion for partial summary judgment, response was due on Monday, February 14, 2005.

2. The undersigned has been heavily engaged on trial and in court the past three weeks. Both the undersigned and Josh Lanning (also working on this brief) in our office were extremely busy in filing a response to a substantive motion to preclude and to strike our client's testimony in a matter before Judge Dorsey.

3.  That was filed on Friday, February 11, 2005, and involved an immense amount of work and researching and drafting. Although much of the research for the response to this motion has been done, the drafting and final preparation, as well as the preparation and execution of affidavits of defendant Arthur M. Seigel, as well as his wife, and co-defendant Ellen Seigel is being done at this time.

4.  An extension until Friday, February 18, will be necessary in order to file all of the necessary paperwork.

5.  We apologize for the late filing. We began to contact plaintiff's counsel last Wednesday but did not get a response until this morning. Opposing counsel consents to this motion.

WHEREFORE, the defendant Arthur M. Seigel, M.D. requests an extension of time from February 14, 2005 until February 18, 2005, within which to file his answering memorandum and supporting papers to plaintiffs' motion

for summary judgment in the above matter.

                THE DEFENDANT
                ARTHUR M. SEIGEL, M.D.

By_____
   Ira B. Grudberg (ct00178)
   JACOBS, GRUDBERG, BELT, DOW & KATZ, P.C.
350 Orange Street
New Haven, Connecticut 06503
Telephone No. (203) 772-3100
Facsimile No. (203) 772-1691
email: igrudberg@jacobslaw.com

**CERTIFICATION**

I hereby certify that the foregoing Motion For Extension Of Time To File Responses/Objections To Plaintiff's Motion For Partial Summary Judgment Against Arthur M. Seigel, M.D. has been served by placing a copy thereof in the United States mail, first class postage prepaid, addressed to:

Joel Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA 02171

this 14th day of February, 2005

_____
Ira B. Grudberg

4