UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY,<br>    Plaintiffs, | ) ) ) ) | C.A. NO. 3:03 CV 0577 MRK |
| v. | ) ) | |
| ARTHUR M. SEIGEL, M.D., ARTHUR M. SEIGEL, M.D., P.C., and ELLEN SEIGEL,<br>    Defendants. | ) ) ) ) | MARCH 28, 2005 |

## LIMITED APPEARANCE OF
## THE HARTFORD FINANCIAL SERVICES GROUP, INC.

Please enter my appearance for the non-party Subpoena Duces Tecum Recipient, The Hartford Financial Services Group, Inc., in the above-captioned matter. The appearance is being filed for the limited purpose of filing a Motion to Quash or Modify Subpoena Duces Tecum and/or for Protective Order.

Dated at Hartford, Connecticut, this 28th day of March 2005.

                                        NON-PARTY,
                                        THE HARTFORD FINANCIAL
                                        SERVICES GROUP, INC.

By _____
                                        Jason M. Price
                                        Federal Bar No. 20126
                                        Shipman & Goodwin LLP
                                        One Constitution Plaza
                                        Hartford, CT 06103-1919
                                        Tel: (860) 251-5000
                                        Fax: (860) 251-5218
                                        E-mail: jprice@goodwin.com

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing Limited Appearance of The Hartford Financial Services Group, Inc. was mailed, via U.S. mail, postage prepaid, this 28th day of March, 2005, to:

| | |
|---|---|
| Richard D. King, Jr., Esq.<br>David O. Brink, Esq.<br>Nathan A. Tilden, Esq.<br>Smith & Brink, P.C.<br>122 Quincy Shore Drive<br>2nd Floor<br>Quincy, MA 02171 | Joel Rottner, Esq.<br>Skelley Rottner, P.C.<br>Corporate Center West<br>433 S. Main Street, Suite 305<br>P.O. Box 340890<br>West Hartford, CT 06110 |
| David L. Belt, Esq.<br>Ira B. Grudberg, Esq.<br>Joshua D. Lanning, Esq.<br>Jacobs, Grudberg, Belt, Dow & Katz, P.C.<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606 | Matthew Dallas Gordon, Esq.<br>406 Farmington Avenue<br>Farmington, CT 06032 |

                                                                                                          _____<br>
                                                                                                          Jason M. Price

398589 v.01 S2