UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY,<br>    Plaintiffs, | )<br>)<br>)<br>) | C.A. NO. 3:03 CV 0577 MRK |
| v. | )<br>) | |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>    Defendants. | )<br>)<br>)<br>)<br>) | MARCH 28, 2005 |

## THE HARTFORD FINANCIAL SERVICES GROUP, INC.'S MOTION TO QUASH OR MODIFY SUBPOENA DUCES TECUM AND/OR FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45 and 26(c), non-party The Hartford Financial Services Group, Inc. ("HFSG") hereby moves to quash or modify the Subpoena Duces Tecum (the "SDT") served by Plaintiffs upon HFSG on or about February 9, 2005[1] or, in the alternative, for a protective order maintaining the confidentiality of the requested documents. A copy of the SDT is attached as Exhibit A to the Declaration of James A. Henderson (the "Henderson Declaration"), which is attached to HFSG's Memorandum of Law as Exhibit 1. The SDT seeks documents concerning HFSG's investigation into the fraudulent insurance billing practices of Arthur Seigel, M.D., a neurologist based in New Haven, Connecticut.

As grounds for its motion, HFSG submits that:

1. The SDT is not reasonably calculated to lead to the discovery of admissible evidence because HFSG is not a party in the underlying action, and Plaintiffs have no right to recover damages for money advanced by HFSG to Dr. Seigel.

---

[1] Although the SDT initially called for compliance by February 25, 2005, Plaintiffs agreed to allow HFSG until March 25, 2005, which is a legal holiday, to respond so that it could adequately investigate the issues raised by the SDT. This Motion is being filed on the first business day after March 25th.

2. All documents created as part of HFSG's investigation into the fraudulent billing practices of Dr. Seigel were created in anticipation of litigation and are therefore protected from disclosure by Rule 26(b)(3) of the Federal Rules of Civil Procedure.

3. Many of the requested documents are protected from disclosure by state and/or federal privacy laws, including the Gramm-Leach-Bliley Act (15 U.S.C. § 6802) and the Connecticut Insurance Information and Privacy Protection Act ("CIIPPA," Conn. Gen. Stat. § 38a-988).

4. In the alternative, to the extent that HFSG is required to produce any documents that are the subject of this motion, HFSG moves that the Court enter an order protecting the confidential and proprietary nature of the documents.

The grounds for HFSG's motion are more particularly discussed in the Memorandum of Law filed herewith and in the Henderson Declaration.

WHEREFORE, HFSG moves that the Court grant its Motion to Quash or Modify and/or for Protective Order together with such other and further relief as it deems appropriate.

NON-PARTY,
THE HARTFORD FINANCIAL
SERVICES GROUP, INC.

By _____
Jason M. Price
Federal Bar No. 20126
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5000
Fax: (860) 251-5218
E-mail: jprice@goodwin.com

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Quash or Modify Subpoena Duces Tecum and/or for Protective Order was mailed, via U.S. mail, postage prepaid, this 28th day of March, 2005, to:

| | |
|---|---|
| Richard D. King, Jr., Esq.<br>David O. Brink, Esq.<br>Nathan A. Tilden, Esq.<br>Smith & Brink, P.C.<br>122 Quincy Shore Drive<br>2nd Floor<br>Quincy, MA 02171 | Joel Rottner, Esq.<br>Skelley Rottner, P.C.<br>Corporate Center West<br>433 S. Main Street, Suite 305<br>P.O. Box 340890<br>West Hartford, CT 06110 |
| David L. Belt, Esq.<br>Ira B. Grudberg, Esq.<br>Joshua D. Lanning, Esq.<br>Jacobs, Grudberg, Belt, Dow & Katz, P.C.<br>350 Orange Street<br>P.O. Box 606<br>New Haven, CT 06503-0606 | Matthew Dallas Gordon, Esq.<br>406 Farmington Avenue<br>Farmington, CT 06032 |

_____
Jason M. Price

398589 v.01 S1