UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>    Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,     )<br>and ELLEN SEIGEL,<br>    Defendants. | )<br>)<br>)<br>)     MAY 2, 2005 |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS' TO FILE AN OPPOSITION TO LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO QUASH OR MODIFY SUBPOENA DUCES TECUM AND/OR FOR PROTECTIVE ORDER**

The plaintiffs, Allstate Insurance Company and Allstate Indemnity Company, with the consent of the non-party movant, Liberty Mutual Insurance Company (hereinafter "Liberty Mutual"), hereby moves for an extension of time through and including May 30, 2005, to file an opposition to the Liberty Mutual's Motion To Quash Or Modify Subpoena Duces Tecum and/or For Protective Order. Plaintiffs respectfully request that this motion be allowed and in support hereof aver that the parties are attempting to resolve this matter without necessitating the intervention of this Court.

Respectfully Submitted,
*Allstate Insurance Company and Allstate Indemnity Company,*
By their Attorneys,

_____
David O. Brink
Federal Bar No. CT23989
Richard D. King, Jr.
Federal Bar No. CT23997
Nathan A. Tilden
Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Dated: May 2, 2005                    Quincy, MA  02171

1