## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY | : : | |
| Plaintiffs, | : : | NO. 3:03CV577(MRK) |
| v. | : : | |
| ARTHUR M. SEIGEL, M.D., ARTHUR M. SEIGEL, M.D., P.C., and ELLEN SEIGEL, | : : : | |
| Defendants. | : | |

### RULING AND ORDER

The Court having considered the requests and submissions of the parties and having held oral argument in open court on May 19, 2005, *see* Minute Entry [doc. #85], orders the following:

1. Plaintiffs' Motion for Partial Summary Judgment [**doc. #64**] is DENIED for the reasons stated on the record in open court on May 19, 2005.

2. Plaintiffs' Motion for Extension of Time to Respond to Metropolitan Insurance Company's Motion to Quash/Modify Subpoena and/or for a Protective Order [**doc. #82**] and Motion for Extension of Time to Respond to Liberty Mutual Insurance Company's Motion to Quash/Modify Subpoena and/or for a Protective Order [**doc. #83**] are both DENIED WITHOUT PREJUDICE.

3. Defendants' Motion for Modification of the Joint Proposed Discovery Schedule of the Parties Dated April 22, 2004 [**doc. #84**] is GRANTED IN PART AND DENIED IN PART. The current case management schedule will be altered only to the extent provided below. The Court will issue a new case management schedule incorporating these changes and including a trial date after conferring with the parties.

    (a)    Defendants shall have until **July 31, 2005** to complete depositions of three individuals specified in their motion at paragraphs 5 and 6.

    (b)    Defendants shall have until **September 30, 2005** to file a motion for summary judgment.

    (c)    The status conference previously scheduled for **June 13, 2005** is cancelled.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on May 20, 2005.**