**EXHIBIT E**

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x

ALLSTATE INSURANCE COMPANY and :
ALLSTATE INDEMNITY COMPANY,
:
           Plaintiffs,
                              : Civil Action No.
   vs.
                              : 303 CV 0577 MRK
ARTHUR M. SEIGEL, M.D., ARTHUR M.
SEIGEL, M.D., P.C., and ELLEN :
SEIGEL,
                              :
           Defendants.
                              :

- - - - - - - - - - - - - - - - - - - x

       Deposition of THOMAS M. HUGHES, JR., taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Bonita Cohen, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 00041, on Monday, May 9, 2005, at 4:52 p.m.

SCRIBES, INC.

1  A.   Running that same, you know, like I say,
2  triangular device across the bottom of my feet.
3       I guess he was testing for sensitivity or
4  whether I could feel some level of numbness.  That's
5  the best way I could describe it.
6  Q.   At no point did any needles come out; is that
7  right?
8  A.   No, sir.
9  Q.   And there were no needles inserted under your
10 skin, into any of your muscles?
11 A.   No, sir.
12 Q.   Anything else happen noteworthy at that first
13 examination?
14 A.   No.  No, sir.
15 Q.   The second time -- you said you thought you
16 went back another time; right?
17 A.   Yes.
18 Q.   The second time you went to see Dr. Seigel,
19 was there any testing or treatment involved, or was it
20 just consultation?
21 A.   It was a consultation, if I remember
22 correctly.
23 Q.   Which means to you what?
24 A.   I went back to him because I was considering
25 surgery more seriously at this particular time, and I

CERTIFIED COPY

## CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __12__ day of __May__, 2005.

_____
Bonita Cohen
Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.

**EXHIBIT F**

# CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - -x

ALLSTATE INSURANCE COMPANY and                :
ALLSTATE INDEMNITY COMPANY,
                                              :
            Plaintiffs,
                                              : Civil Action No.
      vs.
                                              : 303 CV 0577 MRK
ARTHUR M. SEIGEL, M.D., ARTHUR M.
SEIGEL, M.D., P.C., and ELLEN                 :
SEIGEL,
                                              :
            Defendants.
                                              :
- - - - - - - - - - - - - - - - - - - -x

       Deposition of MERRILL G. SHERMAN, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Bonita Cohen, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 00041, on Monday, May 9, 2005, at 2:54 p.m.

SCRIBES, INC.

1     He said, "We're going to see if you have any
2  nerve damage." So he told me either hold onto the
3  stainless steel table or hold onto whatever he had in
4  his hand, I guess for ground purposes.
5     And I kept thinking, what kind of witchery is
6  this?
7     So he had a probe. He's looking at me. And
8  I'm staring at him. And he runs it up my right arm,
9  through the hairs, very gently, several times. I'm
10 looking at the oscilloscope. I look back at him. He's
11 still staring. Then he looks at the oscilloscope.
12 You're fine. Nothing wrong with you.
13     Q.    Now, was that --
14     A.    That was it. Yes, that was it.
15     Q.    At any point, what you describe as a probe --
16 did he insert that into your arm below the skin?
17     A.    Gently just rubbed it up and down, just
18 enough to touch the skin.
19     Q.    And you were awake and alert during the
20 entire appointment; right?
21     A.    Yes.
22     Q.    At any point during your trip visit in
23 Wallingford with Dr. Seigel, were there any needles
24 involved in the treatment whatsoever?
25     A.    No.

```
 1        Q.   Did you see any needles involved in your
 2   treatment?
 3        A.   Not on me.
 4        Q.   Did he take any out and show them to you?
 5        A.   No.
 6        Q.   It was just this dragging of a --
 7        A.   Probe.
 8        Q.   -- probe?
 9        A.   Probe.
10        Q.   Can you describe the probe?
11        A.   No.  It was long, slender.  It was metallic
12   at the end.  Long, slender, thin.  And just ran it up
13   and down with a wire extended off of the back to
14   wherever it went to.
15        Q.   Were you hooked up to any machines in
16   connection with that testing that you described with
17   the oscilloscope?
18        A.   No, I didn't see any others.
19        Q.   How long did the entire visit last?
20        A.   Not long.
21        Q.   After Dr. Seigel told you that you were okay,
22   that was the end of the appointment?
23        A.   That was it.  That was it.
24        Q.   Did he indicate that you should continue with
25   some other type of medical treatment or that you should
```

CERTIFIED COPY

## C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 10 day of May, 2005.

_____
Bonita Cohen
Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.

**EXHIBIT G**

CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - -x
                                        :
ALLSTATE INSURANCE COMPANY AND          :
ALLSTATE INDEMNITY COMPANY,             :
                                        :
            Plaintiffs,                 :
                                        :   Civil Action
      vs.                               :   No.
                                        :   3:03 CV 0577
ARTHUR M. SEIGEL, M.D.,                 :
ARTHUR M. SEIGEL, M.D., P.C.,           :
AND ELLEN SEIGEL,                       :
                                        :
            Defendants                  :
                                        :
- - - - - - - - - - - - - - - - - - - -x

    Deposition of LOUVERTA KNOX, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Janet C. Phillips, License #00124, a Registered Professional Reporter and Notary Public in and for the State of Connecticut, on Wednesday, May 11, 2005, at 2:57 p.m.

SCRIBES, INC.

```
 1      Q.   Did there come a time that some needles were
 2  used by either Dr. Seigel or his female assistant
 3  during that test?
 4      A.   No.
 5      Q.   Were any needles dragged along your skin or
 6  touched on your skin?
 7      A.   I can't remember.  I don't think so.  I'm not
 8  sure about that.
 9      Q.   It's possible that a needle was touched on
10  your skin?
11      A.   Maybe.
12      Q.   Okay.  Was there any needles inserted --
13      A.   No.
14      Q.   -- into your -- below the skin line?
15      A.   No.
16      Q.   Any needles put into any of your muscles?
17      A.   No.
18      Q.   Did Dr. Seigel ever tell you that he was
19  going to stick needles into your muscles or into any
20  parts of your body?
21      A.   No.
22      Q.   Do you know whether you were ever billed for
23  the testing or treatment?
24      A.   Yes.
25      Q.   What do you recall about that?
```

CERTIFIED COPY

## C E R T I F I C A T E

    I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

    I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

    I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

    Witness my hand and seal as Notary Public this 13 day of May, 2005.

                                         Janet C. Phillips
                                         Notary Public
                                         CSR License #00124

My Commission expires:
October 31, 2006

**EXHIBIT H**

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
                                      :
ALLSTATE INSURANCE COMPANY and        :
ALLSTATE INDEMNITY COMPANY,           :
                                      :
            Plaintiffs,               :
                                      : Civil Action No.
     vs.                              :
                                      : 303-CV 0577 MRK
ARTHUR M. SEIGEL, M.D.,               :
ARTHUR M. SEIGEL, M.D., P.C.,         :
and ELLEN SEIGEL,                     :
                                      :
            Defendants.               :
                                      :
- - - - - - - - - - - - - - - - - - - x

        Deposition of DANIEL JAMES RANNO, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Bonita Cohen, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 00041, on Thursday, May 12, 2005, at 10:30 a.m.

SCRIBES, INC.

```
 1      A.    Yes.
 2      Q.    Were you injured in the accident?
 3      A.    I -- my neck.  My neck and my shoulder.
 4      Q.    Which shoulder?
 5      A.    My left.
 6      Q.    And did you go seek medical treatment?
 7      A.    I went and saw -- the next day I did.  I went
 8 there -- I went to the Meriden chiropractor, and then
 9 they referred me to Dr. Seigel.
10      Q.    And how many times do you recall going to
11 Dr. Seigel's office?
12      A.    I believe I went -- I think maybe twice.
13      Q.    Where was his office located?
14      A.    Wallingford.
15      Q.    Okay.
16      A.    I don't remember the street name.  I can't
17 remember the street name.
18      Q.    What did he do for you?
19      A.    He brought me in the office.  He sat me up on
20 the table, and he told me he was going to do these
21 tests on me, and he took some type of pin and just
22 started poking me up and down my arm.
23      Q.    Did he have you hooked up to any machines?
24      A.    Something with a little patch, a couple --
25 there's nothing I can remember anything from that,
```

```
 1    though.
 2         Q.    Were the patches, were they hooked up to a
 3    machine?
 4         A.    I can't recall.  I'll be honest, I can't
 5    recall.  It's been a while.
 6         Q.    Sure.  How much time did you spend
 7    face-to-face with Dr. Seigel?
 8         A.    I was in there about 20, 30 minutes with
 9    that.
10         Q.    Okay.  And at any time did he insert a needle
11    through your skin?
12         A.    No.  Not into my skin, no.
13         Q.    And what did he do?  Did he have any needles?
14         A.    He had like a pin, it looked like to me like
15    a pin, and he went up and down, started at my hand and
16    went up and down to my shoulder.
17         Q.    Did it ever break the skin?
18         A.    No.
19         Q.    I don't have any other other questions.
20    CROSS-EXAMINATION
21    BY MR. GRUDBERG:
22         Q.    Let me ask you this:  Other than -- when you
23    say the "pin," what kind of pin?
24         A.    It looked more like a little pin, not like a
25    needle.  It looked more like a little thin pin.
```

CERTIFIED COPY

C E R T I F I C A T E

    I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

    I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

    I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

    Witness my hand and seal as Notary Public this 16 day of May, 2005.

                              Bonita Cohen
                              Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.