**EXHIBIT I**

# CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - -x
:
ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,          :

                                     :
          Plaintiffs,
                                     : Civil Action No.
     vs.
                                     : 303-CV 0577 MRK
ARTHUR M. SEIGEL, M.D.,
ARTHUR M. SEIGEL, M.D., P.C.,        :
and ELLEN SEIGEL,
                                     :
          Defendants.
                                     :
- - - - - - - - - - - - - - - - - - -x


          Deposition of SUZANA KERLUKA, taken

pursuant to the Federal Rules of Civil

Procedure, at the offices of Scribes, Inc.,

445 George Street, New Haven, Connecticut,

before Bonita Cohen, a Registered Merit

Reporter and Notary Public in and for the

State of Connecticut, License Number 00041,

on Thursday, May 12, 2005, at 4:25 p.m,

```
 1   know what they doing, when they have accidents, they
 2   have much back pain.  I said, "I'm not" --
 3       Q.   Let's just --
 4       A.   I don't decide to do that.
 5       Q.   When you met with Dr. Seigel, did you meet
 6   with him in two rooms or one room?
 7       A.   I think two rooms.
 8       Q.   Did he -- did he hook you up to any machines?
 9       A.   No.
10       Q.   Any electrodes, wires, anything?
11       A.   No.
12       Q.   Okay.  And he offered to give you a test
13   involving a needle?
14       A.   He told me like, "If you don't feel good, do
15   you accept to do that?"  You know, you're going to come
16   back in to see me again.  I said, "No, I'm not -- I
17   don't want to do that needle."
18       Q.   Did you ever see any needles while you were
19   in his office?
20       A.   Not at that time, no.  No.
21       Q.   At any time did he insert any needles into
22   your body?
23       A.   No.
24       Q.   Do you work, ma'am?
25       A.   Yes, I work.
```

```
 1        Q.   What do you?
 2        A.   I'm a phlebotomist.  I'm working at
 3   Danbury Hospital.
 4        Q.   Why don't you tell me what a phlebotomist
 5   does.
 6        A.   What a phlebotomist does?
 7        Q.   Yes.
 8        A.   I draw blood.
 9        Q.   So you know what a needle is?
10        A.   Yes.
11        Q.   Even if it was a small, you know the
12   difference?
13        A.   I understand that.  I'm hundred percent, he
14   don't do anything.
15        Q.   Okay.
16        A.   Nothing with needles.
17        Q.   Nothing with needles?
18        A.   Nothing.
19        Q.   I don't have any more questions.
20   CROSS-EXAMINATION
21   BY MR. SUTTON:
22        Q.   I have a couple for you.
23             Did you meet with this attorney before today?
24        A.   No.
25        Q.   No?  Did you ever have any communications
```

CERTIFIED COPY

# C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __16__ day of __May__, 2003.

_____
Bonita Cohen
Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.

**EXHIBIT J**

# CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - x
                                                       :

ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,        :

                                                       :
              Plaintiffs,
                                            : Civil Action No.
    vs.
                                            : 303-CV 0577 MRK
ARTHUR M. SEIGEL, M.D.,
ARTHUR M. SEIGEL, M.D., P.C.,       :
and ELLEN SEIGEL,

                                                       :
              Defendants.
                                                       :
- - - - - - - - - - - - - - - - - - x

        Deposition of ROBERT T. LYNCH, II, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Bonita Cohen, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 00041, on Thursday, May 12, 2005, at 4:05 p.m,

SCRIBES, INC.

1    Dr. Seigel?
2    A.   I don't think we were in there a half hour.
3    Q.   And your aunt was with you the entire time?
4    A.   Yes.
5    Q.   Did he -- was there a specific portion of the
6    consultation that was for you and then for your aunt or
7    was he asking you both questions at the same time?
8    A.   It was kind of general.  He was talking to
9    both of us, and my impression from speaking to him was
10   that, like I said before, from being rear-ended and
11   your head getting jarred, you know, that's why we were
12   experiencing headaches.  My aunt also had headaches and
13   hers only lasted, I think, a week or two also.
14   Q.   At any time when you were in his office, did
15   you see any needles?
16   A.   No, not that I remember.
17   Q.   Okay.  At any time did Dr. Seigel insert a
18   needle into your skin or into one of your muscles?
19   A.   No way.  I'm a wimp.  I would remember that.
20   Q.   You don't like needles?
21   A.   No.  I don't even like getting novocaine when
22   I get cut.  I get stitches once a year, just because
23   I'm in the construction trade.
24   Q.   You didn't see him insert any needles into
25   your arm either?

```
 1        A.   No.  I also asked my aunt, and she said --
 2   because I called her -- and she said no, she would
 3   remember that.
 4        Q.   Okay.
 5        A.   I said, "Did they do anything to you?"  And
 6   she said no, and she goes, "He just talked to us."
 7        Q.   Okay.
 8             MR. TILDEN:  I don't have any other
 9        questions.
10        A.   Like I say, it was ten years ago, and, you
11   know -- I called my aunt to see if she remembered
12   anything.
13        Q.   (By Mr. Tilden) But you would remember if
14   someone inserted a needle?
15        A.   If someone gave me a needle, they'd have to
16   sedate me.
17        Q.   You were awake and alert all times?
18        A.   Yes.
19        Q.   Thank you.
20   CROSS-EXAMINATION
21   BY MR. SUTTON:
22        Q.   When you met with this attorney before this
23   deposition at the hotel, what did you discuss?
24        A.   Basically, what we went over here.  Did I
25   remember what he did as far as an exam?  I said, "You
```

CERTIFIED COPY

## C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 10 day of May, 2005.

_____
Bonita Cohen
Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.

# EXHIBIT K

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - -x
:
ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,          :

:
        Plaintiffs,
: Civil Action No.
   vs.
: 303-CV 0577 MRK
ARTHUR M. SEIGEL, M.D.,
ARTHUR M. SEIGEL, M.D., P.C.,         :
and ELLEN SEIGEL,

:
        Defendants.
:
- - - - - - - - - - - - - - - - - - -x


    Deposition of DIANE NATALIE RANKINE, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Bonita Cohen, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 00041, on Thursday, May 12, 2005, at 2:55 p.m,

SCRIBES, INC.

1  his other staff?
2      A.  No.  Besides for just the nurse or the front
3  desk person kind of walking me back to his office,
4  where I'd sit in a chair and he'd come out of the exam
5  room?  No.
6      Q.  You didn't see any other doctors in that
7  office other than Dr. Seigel?
8      A.  No.
9      Q.  At any time did he insert any needle in your
10 body at all?
11     A.  No.
12     Q.  In your arms, legs, neck, back?
13     A.  No.
14     Q.  Did you see any needles while you were at his
15 office?
16     A.  No.  Basically, just an exam chair with, you
17 know, just a little -- no, no needles.  Nothing.  No
18 type of big machines or anything that would have caught
19 my eye.
20     Q.  Other than the initial visit, were all the
21 other visits of the same duration?
22     A.  Probably a little less, because, you know,
23 it's kind of a follow-up.  How are you feeling?  Is it
24 the same thing?  Then he'd kind of document verbally on
25 the tape recorder, come back to just asking me the same

CERTIFIED COPY

C E R T I F I C A T E
---

     I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

     I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

     I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

     Witness my hand and seal as Notary Public this __10__ day of __May__, 2005.

                                     _____
                                     Bonita Cohen
                                     Notary Public

My Commission expires:
November 30, 2007

**EXHIBIT L**

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
:
ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,          :

:

             Plaintiffs,
                                     : Civil Action No.
     vs.
                                     : 303-CV 0577 MRK
ARTHUR M. SEIGEL, M.D.,
ARTHUR M. SEIGEL, M.D., P.C.,        :
and ELLEN SEIGEL,
                                     :
             Defendants.
                                     :
- - - - - - - - - - - - - - - - - - - x


          Deposition of STEPHEN MICHAEL OVERBY,

taken pursuant to the Federal Rules of Civil

Procedure, at the offices of Scribes, Inc.,

445 George Street, New Haven, Connecticut,

before Bonita Cohen, a Registered Merit

Reporter and Notary Public in and for the

State of Connecticut, License Number 00041,

on Thursday, May 12, 2005, at 9:58 a.m.


SCRIBES, INC.

```
 1        A.   To the best of my recollection, he attached
 2   wire probes to my neck, part of my back and my
 3   shoulder.
 4        Q.   Okay.  How much face-to-face time did you
 5   spend with Dr. Seigel?
 6        A.   I think a half an hour would be more than --
 7   it's probably about the most he spent with me.
 8        Q.   And you were alert and awake the whole time?
 9        A.   Completely.
10        Q.   At any time did he insert any needles into
11   your body?
12        A.   There was no needles inserted into my body.
13        Q.   Did you see any needles while you were there?
14        A.   No.
15        Q.   I don't have any other questions.
16   CROSS-EXAMINATION
17   BY MR. GRUDBERG:
18        Q.   Would you describe what he did, as best you
19   recall?  First of all -- I'll withdraw that.
20             You filled out some forms outside in his
21   waiting room?
22        A.   Yes.
23        Q.   And then when you went in, did you first meet
24   with the doctor and talk with him before he actually
25   examined you?
```

CERTIFIED COPY

# CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __16__ day of __May_____, 2005.

_____
Bonita Cohen
Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.