**EXHIBIT M**

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
                                      :
ALLSTATE INSURANCE COMPANY and        :
ALLSTATE INDEMNITY COMPANY,           :
                                      :
              Plaintiffs,             :
                                      : Civil Action No.
        vs.                           :
                                      : 303-CV 0577 MRK
ARTHUR M. SEIGEL, M.D.,               :
ARTHUR M. SEIGEL, M.D., P.C.,         :
and ELLEN SEIGEL,                     :
                                      :
              Defendants.             :
- - - - - - - - - - - - - - - - - - - x

          Deposition of BARBARA J. DeMAYO, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Bonita Cohen, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 00041, on Thursday, May 12, 2005, at 9:03 a.m.

SCRIBES, INC.

1   A.   No other doctors.

2   Q.   Can you describe the testing and/or treatment
3   you received from Dr. Seigel?

4   A.   I recall -- I don't remember where exactly he
5   stuck the things on me.  It could have been my legs, my
6   shoulders, my head.  I remember him putting something
7   up and down, but it wasn't anything that was painful.
8   It wasn't anything that was injected.

9   Q.   When you say he stuck the things on you, what
10  are you referring to?

11  A.   Like electro pads.

12  Q.   Okay.  At the time you were with Dr. Seigel,
13  you were awake and alert the whole time?

14  A.   Oh, yes.

15  Q.   At any time did Dr. Seigel ever insert a
16  needle into -- through your skin into a muscle?

17  A.   Dr. Seigel did not insert any needles into
18  me.  He might have had a small -- you know, going up
19  and down, but nothing was injected.

20  Q.   Did anything puncture the skin?

21  A.   No.

22  Q.   Is there a reason why you would recall that?

23  A.   Yes.  Because I'm petrified of needles, it
24  would have been something that stuck in my head.

25          MR. TILDEN:  I have no further

CERTIFIED COPY

CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __16__ day of __May__, 2005.

_____
Bonita Cohen
Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.

**EXHIBIT N**

**CERTIFIED COPY**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - -x
                                               :

ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,      :

          Plaintiffs,

                                 : Civil Action No.
      vs                           303 CV 0577 MRK

ARTHUR M. SEIGEL, M.D., ARTHUR M.   :
SEIGEL, M.D, P.C., and ELLEN
SEIGEL,

                              :
          Defendants.
                              :
- - - - - - - - - - - - - - - - - - - -x

        Deposition of ALBERT MESSORE, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Linda B. Brown, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 423, on Friday, May 13, 2005, at 2:35 p.m.

SCRIBES, INC.

```
 1        A.   Just when the patch made a little -- made a
 2   little shock.
 3        Q.   Okay.  And do you recall, did he give you any
 4   other testing or treatment while you were there?
 5        A.   No.
 6        Q.   Did you see any needles while you were there?
 7        A.   No.
 8        Q.   Did you see any pins?
 9        A.   No.
10        Q.   At any time did he insert any needles below
11   your skin and into one or more muscles?
12        A.   No.
13        Q.   The first time you saw Dr. Seigel, was that
14   the time he put the pads on you, or was that a
15   different time?
16        A.   I think that was the first time.
17        Q.   The time he put the pads on you, how long do
18   you think were you in his office for?
19        A.   Twenty-five minutes to a half-hour.
20        Q.   Okay.  And the subsequent treatments --
21   subsequent times you went to his office, were they
22   longer or shorter?
23        A.   First time was longer.  Other times were
24   shorter.
25        Q.   Okay.
```

# C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __16__ day of __May__, 2005.

_____
Linda B. Brown
Notary Public

My Commission expires:
January 31, 2009

SCRIBES, INC.

# EXHIBIT O

# CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - x
:
ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY,          :

            Plaintiffs,

                             : Civil Action No.
   vs                       303 CV 0577 MRK

ARTHUR M. SEIGEL, M.D., ARTHUR M.   :
SEIGEL, M.D, P.C., and ELLEN
SEIGEL,

                            :
           Defendants.
                            :
- - - - - - - - - - - - - - - - - - - x


       Deposition of CHRISTINE MCDOWELL, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Linda B. Brown, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 423, on Friday, May 13, 2005, at 1:48 p.m.

SCRIBES, INC.

```
 1          Q.    But there were wires attached to the surface
 2   of your skin?
 3          A.    Yeah.
 4          Q.    Okay.  Did you see any needles or pins while
 5   you were in his office?
 6          A.    Saw them, yes.
 7          Q.    Did he explain to you what he was going to do
 8   with them?
 9          A.    He said he was going to penetrate the skin
10   and enter, I think -- I believe it was the nerve to
11   where it was supposed to touch, and I was going to feel
12   a certain sensation, but I never did.
13          Q.    Okay.  And did you watch him while he was
14   doing the test?
15          A.    Yes.
16          Q.    Were you awake and alert the whole time?
17          A.    Yes.
18          Q.    At any time did the needle pass through your
19   skin?
20          A.    Sort of.
21          Q.    Can you explain that?
22          A.    It was -- it was a pin prick.  It wouldn't
23   have penetrated more than the first layer of the skin.
24          Q.    Okay.
25          A.    That would have been it.
```

1    Q.    And how many separate pin pricks did you
2  feel?
3    A.    Maybe three.
4    Q.    Was there any blood?
5    A.    No.
6    Q.    Did he have any gauze pads with him?
7    A.    He had them, but they weren't used.
8    Q.    Any band-aids at all applied?
9    A.    No.
10   Q.    When you had said that you learned later
11 about an EMG --
12   A.    I previously -- before my accident, when I
13 originally saw Dr. Seigel, I had an EMG done on my left
14 lower leg, and remembered that being very traumatic,
15 because you really have to go deep into the muscle
16 tissue.  And when Dr. LaVorgna had said he was going to
17 send me to Dr. Seigel, I said, "As long as I'm not
18 having an EMG."  And he said, "We'll see about that."
19 And I was told that I was not going to get a needle
20 EMG, which was a relief to me.  But then I was told I
21 was -- by Dr. LaVorgna that I was supposed to receive
22 the needle EMG, that he basically just kind of told me
23 that I wasn't going to get it to calm me and so I
24 wouldn't freak.  I had a needle EMG done about a year
25 or two ago by another physician, and realized that they

1  weren't -- what I had received by this new physician
2  was nowhere near what was supposed to be done by
3  Dr. Seigel.
4       Q.   Did you receive a needle EMG from Dr. Seigel
5  for your lower extremity?
6       A.   Yes.
7       Q.   And was that similar to the pin prick test he
8  gave you in your arm?
9       A.   No, not at all.
10      Q.   And you had a needle EMG done subsequently by
11  another physician?
12      A.   Correct.
13      Q.   And who was that?
14      A.   Dr. Spellman in Meriden.
15      Q.   And Dr. Spellman, was that the upper
16  extremity or lower?
17      A.   It was the right upper arm, the same arm that
18  was supposed to be treated by Dr. Seigel.
19      Q.   And that wasn't consistent with the pin prick
20  testing that --
21      A.   No, no.
22           MR. TILDEN:  I don't have any other
23           questions.
24  CROSS-EXAMINATION
25  BY MR. GRUDBERG:

CERTIFIED COPY

CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this __16__ day of __May__, 2005.

_____
Linda B. Brown
Notary Public

My Commission expires:
January 31, 2009

# **EXHIBIT P**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - -x

ALLSTATE INSURANCE COMPANY and          :
ALLSTATE INDEMNITY COMPANY,
                                        :
            Plaintiffs,
                                        : Civil Action No.
      vs.
                                        : 303 CV 0577 MRK
ARTHUR M. SEIGEL, M.D., ARTHUR M.
SEIGEL, M.D., P.C., and ELLEN           :
SEIGEL,
                                        :
            Defendants.
                                        :
- - - - - - - - - - - - - - - - - - -x

       Deposition of YAH GLAUDE, taken pursuant to the Federal Rules of Civil Procedure, at the offices of Scribes, Inc., 445 George Street, New Haven, Connecticut, before Linda B. Brown, a Registered Merit Reporter and Notary Public in and for the State of Connecticut, License Number 00041, on Friday, May 13, 2005, at 11:03 a.m.

SCRIBES, INC.

    A.    Yes.

    Q.    And what did he do during that visit?

    A.    Well, he told me that, you know, there was no damage. Then he give me -- he sent me back to my regular doctor that was seeing me.

    Q.    Any tests during that second visit?

    A.    No.

    Q.    At any time were you hooked up to any machines in his office?

    A.    What do you mean? No.

    Q.    Any electrodes or wires hooked up to you?

    A.    No, no.

    Q.    Did he give you any type of, you know, shock or electricity treatment or anything like that?

    A.    No.

    Q.    Okay. Did you see any needles while you were in his office?

    A.    No.

    Q.    Any pins in his office?

    A.    No.

    Q.    Like a pin? Did you see any pins?

    A.    I didn't see any needles in his office.

    Q.    Do you know what a pin is?

    A.    Yeah, I know what a pin is.

    Q.    Okay. Did you see any pins in his office?

    A.    Well, I didn't go to look for pins.

    Q.    Are you saying "pen"?

    A.    Pin. I can't speak English correctly. Well, listen, I didn't go there to look for -- all I'm telling you is there was no needle sticking on me, let me put it --

    Q.    Did he ever stick any needles in your body?

    A.    That's what I'm saying. No, he didn't.

    Q.    And you're sure of that?

    A.    Yes.

    Q.    Okay. Let me ask you this: When did you first find out -- strike that. When did someone first contact you about this case?

    A.    After -- I think it was after two or three weeks. See, I wasn't keeping records of this. After either two or three weeks, and then, you know, this guy, you know, called me. In fact, yes, he came looking for me. He introduced himself, and then he told me, okay -- he asked me questions, same questions you're asking me, and then after that, next thing I looked, he sent me a letter stating that I am -- I have to appear to Bridgeport -- you know, court -- to testify.

    Q.    Okay.

    A.    Against Dr. Seigel.

## C E R T I F I C A T E

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this _13_ day of _May_, 2005.

_____
Linda B. Brown
Notary Public

My Commission expires:
January 31, 2009