# EXHIBIT Q

CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - x

ALLSTATE INSURANCE COMPANY and          :
ALLSTATE INDEMNITY COMPANY,

                                        :

            Plaintiffs,

                                        : Civil Action No.
      vs.

                                        : 303 CV 0577 MRK

ARTHUR M. SEIGEL, M.D., ARTHUR M.
SEIGEL, M.D., P.C., and ELLEN           :
SEIGEL,

                                        :

            Defendants.

                                        :

- - - - - - - - - - - - - - - - - - x


            Deposition of NANCY NEGRON, taken

      pursuant to the Federal Rules of Civil

      Procedure, at the offices of Scribes, Inc.,

      445 George Street, New Haven, Connecticut,

      before Linda B. Brown, a Registered Merit

      Reporter and Notary Public in and for the

      State of Connecticut, License Number 00041,

      on Friday, May 13, 2005, at 9:02  a.m.

Q.   And you sat on his exam table?

A.   Yes.

Q.   And what happened during that time?

A.   I believe he might have maybe touched my neck to examine it, and then he asked me to stand up from the table and put my head down and up, sideways and that way.

Q.   And other than the movements of your neck, did he do anything else for you during those visits?

A.   I can't recall if he did strength -- like strength testing, because I've had that done.  But I can't recall if it was him that did it.

Q.   Did you see any machines inside his office?

A.   I can't recall.

Q.   Okay.  At no time were you hooked up to any machines?

A.   No.

Q.   Any electrodes or wires or anything?

A.   No.

Q.   While you were at Dr. Seigel's office, did you see or receive testing or treatment from any of the other members of his staff?

A.   No.

Q.   At any time, did you see any needles in his office?

A.    I didn't see anything, no.

Q.    At any time did he insert any needles through your skin and into one or more of your muscles?

A.    No, absolutely not.

MR. TILDEN:  I don't have any further questions.  Thank you.

THE WITNESS:  You're welcome.

CROSS-EXAMINATION

BY MR. GRUDBERG:

Q.    Did you have a lawyer, Ms. Negron?

A.    Yes, I did.

Q.    Who was that?

A.    I don't remember his name.

Q.    Okay.  And did you settle your case?

A.    I believe we did, yes.

Q.    And did you settle it one time or two times?

A.    Just one time.

Q.    All right.  Did you make a claim against your ex-husband and his insurance?

A.    We made a claim against the car that created the accident, and the car that hit us.  I think they both had to pay, because she was the one who caused it, but he obviously was so careless, he --

Q.    So she stayed at the scene?

A.    Excuse me?

C E R T I F I C A T E

       I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

       I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

       I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

       Witness my hand and seal as Notary Public this _____ day of _____, 2005.

_____
Linda B. Brown
Notary Public

My Commission expires:
January 31, 2009

# **<u>EXHIBIT R</u>**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - x

ALLSTATE INSURANCE COMPANY and          :
ALLSTATE INDEMNITY COMPANY,

                                        :

               Plaintiffs,

                                        : Civil Action No.
          vs.

                                        : 303 CV 0577 MRK
ARTHUR M. SEIGEL, M.D., ARTHUR M.
SEIGEL, M.D., P.C., and ELLEN           :
SEIGEL,

                                        :

               Defendants.

                                        :
- - - - - - - - - - - - - - - - - - x


          Deposition of DARREN ROCZYNSKI, taken

     pursuant to the Federal Rules of Civil

     Procedure, at the offices of Scribes, Inc.,

     445 George Street, New Haven, Connecticut,

     before Linda B. Brown, a Registered Merit

     Reporter and Notary Public in and for the

     State of Connecticut, License Number 00041,

     on Friday, May 13, 2005, at 9:50  a.m.

that was it.

Q.    Okay.  And no other tests were done to you on that day?

A.    No.

Q.    And on the date of the first visit with Dr. Seigel, how much face-to-face time do you think you spent with the doctor?

A.    Fifteen, twenty minutes, possibly.

Q.    And then at some point he made a follow-up visit?

A.    Yeah.

Q.    And during that follow-up visit, did you receive any testing or treatment?

A.    Yeah, as I remember, he put some electrodes on me, and then he -- I guess he was poking my finger with a -- a pin.

Q.    Okay.

A.    For feeling.

Q.    Did the needle -- did he poke any other part of your body, other than your finger?

A.    No, he did not.

Q.    Did he poke multiple fingers, or just one finger?

A.    I don't remember.  I think he -- he checked them all.

Q.    Okay.  Do you remember, was it both hands, or just one?

A.    Both.

Q.    And at any time did the -- was the needle connected to any wires?

A.    No, I don't believe so.

Q.    Other than what you've described as "a pin," did you see any other pins or needles in his office?

A.    Not that I can remember, no.

Q.    Do you recall any needles attached to any wires?

A.    No.

Q.    Do you -- did he hook you up to any electrodes on that second visit?

A.    Yeah, that's when he put the stick-on ones.

Q.    And where did the put the stick-on electrodes?

A.    I think he put some on my -- on my arm.  Maybe on my chest.  I don't remember.

Q.    Okay.  And how long do you think you spent with Dr. Seigel on the second day, in which he did the tests with the pin and the electrode test?

A.    With him personally, fifteen, twenty minutes.

Q.    At any time did he stick any needles through your skin into one or more muscles?

A.    No.

Q.    Have you seen any other neurologists, other
than Dr. Seigel?

A.    Yes, I have.

Q.    And who were those?

A.    Dr. Haak and Dr. Coskun.

Q.    Okay.  And have you ever -- have they done
any tests on you?

A.    Yes, they have.

Q.    Have they ever done any tests with any
needles?

A.    No.

Q.    Have they done tests with electrodes?

A.    Yeah.  It was a little more of a -- used
electrical shock.  Tested me that way.

Q.    Okay.  And did you ever have any tests like
that from Dr. Seigel?

A.    No, no, definitely not.  I would have
remembered.

Q.    When you say "electrical shock," can you just
describe what you mean by that?

A.    Well, he was sending electricity into me, and
he was checking the reaction time, when I noticed it.

Q.    By "he," which doctor are you --

A.    Dr. Haak.

that's where the electricity comes from.

        MR. TILDEN:  Well --

        MR. GRUDBERG:  But you can answer it, if you can.

A.    Now, you're saying that when he hooked me up -- yeah, he was using, you know, a small, you know, shock.

Q.    Okay.

A.    But there was no needles put into me.

Q.    Okay; excellent.

        MR. TILDEN:  I don't have any other questions.

        MR. GRUDBERG:  I have no questions.

        (Time noted:  9:59 a.m.)

<u>C E R T I F I C A T E</u>

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___13___ day of ___May_____, 2005.

_____
Linda B. Brown
Notary Public

My Commission expires:
January 31, 2009

# **EXHIBIT S**

# CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - x

ALLSTATE INSURANCE COMPANY and        :
ALLSTATE INDEMNITY COMPANY,
                                      :
                Plaintiffs,
                                      : Civil Action No.
        vs.
                                      : 303 CV 0577 MRK
ARTHUR M. SEIGEL, M.D., ARTHUR M.
SEIGEL, M.D., P.C., and ELLEN         :
SEIGEL,
                                      :
                Defendants.
                                      :
- - - - - - - - - - - - - - - - - - x


        Deposition of MARTA BERNIAK, taken

    pursuant to the Federal Rules of Civil

    Procedure, at the offices of Scribes, Inc.,

    445 George Street, New Haven, Connecticut,

    before Bonita Cohen, a Registered Merit

    Reporter and Notary Public in and for the

    State of Connecticut, License Number 00041,

    on Monday, May 9, 2005, at 3:55 p.m.

1    A.    No.    Nothing.

2    Q.    Did you see him use a calculator to calculate

3    some numbers?

4    A.    No.    No.

5    Q.    At any point did the doctor have a needle?

6    A.    No.

7    Q.    Did the doctor insert a needle or needles

8    into any parts --

9    A.    Not at all.

10    Q.    You have to wait until I finish my question,

11    or else we get a bad transcript.

12         Just to be clear, at no point during your

13    treatment was there any needle inserted into any part

14    of your body; is that right.

15         MR. GRUDBERG:  Object.

16    A.    No.

17    Q.    Were there any needles used at all in your

18    treatment?

19    A.    Not at all.

20    Q.    After that one visit, did you ever have any

21    contact with Dr. Seigel or his office?

22    A.    No.  He didn't even ask me to come back.

23    Q.    He didn't say that he wanted you to come

24    back?

25    A.    He didn't.

CERTIFIED COPY

<u>C E R T I F I C A T E</u>

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this ___10___ day of ___May___, 2005.

___Bonita Cohen___
Bonita Cohen
Notary Public

My Commission expires:
November 30, 2007

SCRIBES, INC.