UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY and | : | |
| ALLSTATE INDEMNITY COMPANY | : | |
| Plaintiffs, | : | NO. 3:03CV577(MRK) |
| | : | |
| v. | : | |
| | : | |
| ARTHUR M. SEIGEL, M.D., | : | |
| ARTHUR M. SEIGEL, M.D., P.C., | : | |
| and ELLEN SEIGEL, | : | |
| Defendants. | : | |

## RULING AND ORDER

The Court DENIES WITHOUT PREJUDICE non-party Hartford Financial Services Group, Inc.'s (Hartford Financial) Motion to Quash or Modify Subpoena Duces Tecum and/or for Protective Order [**doc. #78**].  Hartford Financial filed this motion in response to Plaintiffs' attempt subpoena certain documents in its possession.  During an in-court motion hearing on May 19, 2005, see Minute Entry [doc. #85], Plaintiffs stated that they believed that Hartford Financial was not in possession of any documents that would be covered by Plaintiff's document request and requested that the Court to allow them until May 31, 2005 to formally withdraw their document request or otherwise respond to Hartford Financial's motion.  Not having heard from Plaintiffs, the Court assumes that Plaintiffs are no longer seeking any documents from Hartford Financial, and accordingly denies Hartford Financial's Motion to Quash or Modify Subpoena Duces Tecum and/or for Protective Order [doc. #78] without prejudice to renewal.

IT IS SO ORDERED.


/s/       Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on June 21, 2005.**