UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>    Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.<br>and ELLEN SEIGEL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) SEPTEMBER 30, 2005 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants in the above-captioned matter respectfully move for summary judgment in all but 44 of the individual claims alleged the above-captioned matter. Further, defendant Ellen Seigel moves for Summary Judgment as to plaintiffs' claims against her in their entirety. In support of this Motion, plaintiff files herewith a Memorandum together with exhibits and a required Rule 56(a)(1) statement.

THE DEFENDANTS
ARTHUR M. SEIGEL, M.D.; ARTHUR M.
SEIGEL, P.C.; ELLEN SEIGEL

By_____
Ira B. Grudberg
David L. Belt
Joshua D. Lanning (ct24529)
JACOBS, GRUDBERG, BELT, DOW & KATZ, P.C.
350 Orange Street
New Haven, Connecticut 06503
Telephone No. (203) 772-3100
Facsimile No. (203) 772-1691
email: jlanning@jacobslaw.com

## CERTIFICATION

I hereby certify that the foregoing has been served by placing a copy thereof in the United States mail, first class postage prepaid, this 30th day of September, 2005, addressed to:

Joel Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA  02171

_____
Ira B. Grudberg