UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.<br>and ELLEN SEIGEL,<br>Defendants. | ) <br>) <br>) C. A. NO.  303 CV 0577 MRK<br>) <br>) <br>) <br>) <br>) <br>) OCTOBER 4, 2005<br>) <br>) |

### DEFENDANTS NOTICE OF MANUAL FILING

Please take notice that defendants have manually filed the following documents: Defendants' Local Rule 56(a)(1) Statement and all exhibits.

[ x ]  the electronic file size of the document exceeds 1.5 megabytes

The document has been manually served on all parties.

> THE DEFENDANTS
> ARTHUR M. SEIGEL, M.D.; ARTHUR M. SEIGEL, P.C.; ELLEN SEIGEL
>
> By_____
> Ira B. Grudberg (ct00178)
> Joshua D. Lanning (ct24529)
> JACOBS, GRUDBERG, BELT & DOW, P.C.
> 350 Orange Street
> New Haven, Connecticut 06503
> Telephone No. (203) 772-3100
> Facsimile No. (203) 772-1691
> email: jlanning@jacobslaw.com

## **CERTIFICATION**

I hereby certify that the foregoing has been served by placing a copy thereof in the United States mail, first class postage prepaid, this 4th day of October, 2005, addressed to:

Joel Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA  02171

_____
Ira B. Grudberg