UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Allstate Insurance Company and Allstate Indemnity Company, respectfully request an extension of time in which to respond to Defendants' Motion for Summary Judgment. Plaintiffs aver as follows:

1. On September 30, 2005, Defendants filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56;

2. Plaintiffs requested extension up to and including November 12, 2005, will allow plaintiffs to respond fully to the legally and factually complex issues raised in Defendants' Motion for Summary Judgment;

3. Counsel for the defendants have been consulted and assent to the requested extension.

For all of the foregoing reasons, Allstate Insurance Company and Allstate Indemnity Company respectfully request an extension of time, up to and including, November 12, 2005, to respond to Defendants' Motion for Summary Judgment.

Respectfully Submitted
Allstate Insurance Company and
Allstate Indemnity Company
By their Attorneys,

David O. Brink
Federal Bar No. CT23989
Richard D. King, Jr.
Federal Bar No. CT23997
Nathan A. Tilden
Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel.   (617) 770-2214

Joel Rottner, Esq.
Federal Bar No. CT05612
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134

## CERTIFICATE OF SERVICE

      I, Richard D. King, Jr., attorney for the plaintiffs, hereby certify that I mailed, postage prepaid a copy of the document listed below to:

Ira B. Grudberg, Esq.
David L. Belt, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT  06503-0606

- *Assented to Motion for Extension of Time in which to Respond to Defendants' Motion for Summary Judgment.*

                                                       _____
                                                        Richard D. King, Jr.

Dated: October 4, 2005