UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  November 10, 2005 |

### ALLSTATE INSURANCE COMPANY AND ALLSTATE INDEMNITY COMPANY'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Allstate Insurance Company and Allstate Indemnity Company (hereinafter collectively referred to as "Allstate") respectively request that this Court enter an Order denying defendants' Motion for Summary Judgment filed on September 30, 2005. The defendants' motion must be denied in light of numerous issues of disputed material fact precluding the entry of judgment in favor of defendants on all or any portion of Allstate's Complaint. In support of this Opposition, Allstate respectfully refers the Court to Plaintiff's Local Rule 56(a)(2) Statement and Memorandum of Fact and Law filed in support herewith.

WHEREFORE, for all of the forgoing reasons as well as those contained in Allstate's Memorandum of Fact and Law in Support of Opposition to Defendants' Motion for Summary Judgment, Allstate respectfully requests that the Court enter an Order denying defendants' Motion for Summary Judgment.

Plaintiffs Request
Oral Argument

Respectfully submitted,
Allstate Insurance Company
and Allstate Indemnity Company,

By its attorneys,

_____
David O. Brink, Federal Bar No. CT23989
Richard D. King, Jr., Federal Bar No. CT23997
Nathan A. Tilden., Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Telephone: (617) 770-2214
Facsimile: (617) 774-1714

Dated: November 10, 2005

**Plaintiffs Request**
**Oral Argument**