UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>)   November 10, 2005 |

## PLAINTIFFS' MOTION TO STRIKE EXHIBIT A FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now come Plaintiffs' Allstate Insurance Company and Allstate Indemnity Company (hereinafter collectively referred to as "Allstate") and respectfully request that the Court enter an Order striking Defendants' Exhibit A filed in Support of Defendants' Motion for Summary Judgment. Exhibit A contains inaccurate, misleading argument concerning hearsay documents that is wholly inappropriate and beyond the scope of consideration for Rule 56 analysis. In further support of this motion, Allstate respectfully refers the Court's attention to the Memorandum of Fact and Law in Support of Plaintiffs' Motion to Strike Exhibit A Filed in Support of Defendants' Motion for Summary Judgment.

**WHEREFORE**, for all the foregoing reasons, as well as those contained in Allstate's Memorandum of Fact and Law in Support of Plaintiffs' Motion to Strike Exhibit A Filed in Support of Defendants' Motion for Summary Judgment, Allstate respectfully requests that this

**Plaintiffs Request
Oral Argument**

Court enter an Order striking Exhibit A filed in support of Defendant's Motion for Summary Judgment.

>Respectfully Submitted,
>*Allstate Insurance Company and*
>*Allstate Indemnity Company,*
>By their Attorneys,
>
>_____
>David O. Brink, Federal Bar No. CT23989
>Richard D. King, Jr., Federal Bar No. CT23997
>Nathan A. Tilden, Federal Bar No. CT24011
>Smith & Brink, P.C.
>122 Quincy Shore Drive
>Quincy, MA 02171
>Tel. (617) 770-2214

Dated: November 10, 2005

**Plaintiffs Request**
**Oral Argument**