UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>  Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

November 10, 2005

### ALLSTATE INSURANCE COMPANY AND ALLSTATE INDEMNITY COMPANY'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM

Now come the plaintiffs, Allstate Insurance Company and Allstate Indemnity Company (hereinafter collectively referred to as "Allstate") and request that this Court enter an Order dismissing defendants' counterclaim. On October 4, 2005 (after discovery closed and 25 months after the filing of Allstate's First Amended Complaint) defendants filed their answer together with a counterclaim on behalf of defendants, Arthur M. Seigel, M.D. and Arthur M. Seigel, M.D., P.C. Allstate submits that defendants' counterclaim must be dismissed because it is procedural and substantively out of time. Moreover, defendants fail to state a claim upon which relief can be granted and, therefore, the counterclaim should be dismissed pursuant to Rule 12(b)(6), Fed. R. Civ. P. In further support of this motion, Allstate respectfully refers the Court's attention to the Memorandum of Fact and Law in Support of Motion to Dismiss Counterclaim filed herewith.

**WHEREFORE,** for all the foregoing reasons as well as those contained in Allstate's Memorandum of Fact and Law in Support of Motion to Dismiss Counterclaim, Allstate respectfully requests that this Court enter an Order dismissing defendants' counterclaim.

**Plaintiffs Request
Oral Argument**

>Respectfully submitted,
>Allstate Insurance Company
>and Allstate Indemnity Company,
>
>By its attorneys,
>
>_____
>David O'Brink, Federal Bar No. CT23989
>Richard D. King, Jr., Federal Bar No. CT23997
>Nathan A. Tilden., Federal Bar No. CT24011
>Smith & Brink, P.C.
>122 Quincy Shore Drive
>Quincy, MA  02171
>Telephone: (617) 770-2214
>Facsimile: (617) 774-1714

Dated:  November 10, 2005