UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY<br>    Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF MANUAL FILING

Please take notice that plaintiffs, Allstate Insurance Company and Allstate Indemnity Company, have manually filed the following documents: Plaintiffs' Exhibits (1-24) in Opposition to Defendants' Motion for Summary Judgment. The combined electronic file size of these documents exceeds 1.5 megabytes. The document has been manually served on all parties.

Respectfully Submitted
Allstate Insurance Company and
Allstate Indemnity Company
By their Attorneys,

_____ 11/13/05
David O. Brink
Federal Bar No. CT23989
Richard D. King, Jr.
Federal Bar No. CT23997
Nathan A. Tilden
Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel.   (617) 770-2214

Joel Rottner, Esq.
Federal Bar No. CT05612
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134