UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Filed: November 10, 2005 |

## PLAINTIFFS' SCHEDULE OF EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

1.   A.   Deposition of Arthur M. Seigel, April 25, 2005, Volume II

   B.   Deposition of Arthur M. Seigel, April 26, 2005, Volume III

2. Affidavit of Neil Amdur Busis, M.D.

3. Expert Report (Neurology and Electrodiagnostic Medicine) of Neil Amdur Busis, M.D. Pursuant to Fed. R. Civ. P. 26(2)

4. Defendant Arthur M. Seigel's Response to Plaintiff, Allstate Insurance Company's First Set of Interrogatories to the Defendant, Arthur M. Seigel, M.D.

5. Defendant Arthur M. Seigel, M.D.'s Response to Plaintiff, Allstate Insurance Company's First Request for Admissions to the Defendant, Arthur M. Seigel, M.D.

6. Defendant Arthur M. Seigel, M.D.P.C.'s Response to Plaintiff, Allstate Insurance Company's First Set of Interrogatories to the Defendant, Arthur M. Seigel, M.D., P.C.

7.   A.   Transcript of Evidentiary Hearing Before the Honorable Alan H. Nevas, Senior United States District Judge, May 21, 2002

   B.   Transcript of Continued Evidentiary Hearing Before the Honorable Alan H. Nevas, Senior United States District Judge, May 22, 2002

8. <u>Allstate Insurance Company vs. Arthur Seigel, M.D.</u>, Superior Court Judicial District of New Haven, Docket No. CV02-465455, Preliminary Injunction Hearing Transcript

9. Deposition of Ellen M. Seigel, April 26, 2005

10. Defendant Ellen Seigel's Responses to Plaintiff, Allstate Insurance Company's First Set of Interrogatories to the Defendant, Ellen Seigel

11. Response of Ellen Seigel to Plaintiff, Allstate Insurance Company's First Request for Admissions to the Defendant, Ellen Seigel

12. Affidavit of Michael Bruno

13. Affidavit of Mary Hippman

14. Expert Report (Statistics) of Herbert I. Weisberg, Ph.D. Pursuant to Fed. R. Civ. P. 26(2)

15. Expert Report (Statistics) of Christopher Erath, Ph.D. Pursuant to Fed. R. Civ. P. 26(2)

16. Post-Search Needle Witness Affidavits

    A. Affidavit of Walter Henry

    B. Affidavit of Christina Cote-Mahner

    C. Affidavit of Gerald Majewski

17. Post-Search Needle Witness Deposition Transcripts

    A. Deposition of Alwrick Brown, May 10, 2005

    B. Deposition of Barbara DeMayo, May 12, 2005

    C. Deposition of Yah Glaude, May 13, 2005

    D. Deposition of Cristina Cote-Mahner, May 19, 2005

    E. Deposition of Christine McDowell, May 13, 2005

    F. Deposition of Andres Ramirez, May 12, 2005

    G. Deposition of Daniel James Ranno, May 12, 2005

      H.      Deposition of Darren Roczyski, May 13, 2005

18. Correspondence to Ira B. Grudberg, Esq. Dated April 29, 2005 with UPS Shipping Receipt and UPS Delivery Confirmation

19. Deposition of Carolyn Cretella, January 28, 2005

20. Deposition of Nidia Matos, January 28, 2005

21. Deposition of Robin Qualls, December 2, 2004

22. Deposition of Sandra O'Day, January 28, 2005

23. Affidavit of Michael Bruno in Support of Plaintiffs' Motion for Partial Summary Judgment Against Arthur M. Seigel, M.D.

24. Waiver of Indictment/Change of Plea Before the Honorable Alan H. Nevas, Senior United States District Judge, November 20, 2001

                                            Respectfully submitted,
                                            Allstate Insurance Company
                                            and Allstate Indemnity Company,

                                            By its attorneys,

                                            _____
                                            David O. Brink, Federal Bar No. CT23989
                                            Richard D. King, Jr., Federal Bar No. CT23997
                                            Nathan A. Tilden., Federal Bar No. CT24011
                                            Smith & Brink, P.C.
                                            122 Quincy Shore Drive
                                            Quincy, MA  02171
                                            Telephone: (617) 770-2214
                                            Facsimile: (617) 774-1714

Dated: November 10, 2005