UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>  Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.<br>and ELLEN SEIGEL,<br>  Defendants. | )<br>)<br>) C. A. NO. 303 CV 0577 MRK<br>)<br>)<br>)<br>)<br>)<br>) NOVEMBER 18, 2005<br>)<br>) |

## MOTION FOR EXTENTION OF TIME TO FILE REPLY BRIEF

Defendants in the above-captioned matter respectfully request an extension of time up to and including December 5, 2005 in which to reply to plaintiffs' Opposition to Defendant's Motion for Summary Judgment. In support of this Motion, defendants offer the following: The pleadings related to defendant's Motion for Summary Judgment are extensive and plaintiffs' offering in their Opposition easily exceeds one thousand pages. The additional time will be necessary to review plaintiff's offering and prepare an adequate response. Plaintiffs themselves received over three weeks' additional time to prepare their Opposition Memorandum. Further, the undersigned counsel, who bears primary briefing responsibility for the Reply Brief, is scheduled to be out of state for the Thanksgiving holidays from Thursday, November 24, 2005 until Monday, November 28, 2005.

Counsel for plaintiffs was consulted with respect to this Motion and has no objection to defendants' request for additional time. Plaintiffs' counsel did express a desire that the December 12, 2005 argument date remain unchanged, and with that the undersigned is in agreement. Further, given the relatively short time span between the

deadline requested above and the December 12, 2005 argument date, the undersigned agrees to forward its Reply Brief to Plaintiff's counsel electronically as soon as it is complete.

        THE DEFENDANTS
        ARTHUR M. SEIGEL, M.D.; ARTHUR M.
        SEIGEL, P.C.; ELLEN SEIGEL

By  /s/ Joshua D. Lanning
    Joshua D. Lanning (ct24529)
    JACOBS, GRUDBERG, BELT & DOW, P.C.
    350 Orange Street
    New Haven, Connecticut 06503
    Telephone No. (203) 772-3100
    Facsimile No. (203) 772-1691
    email: jlanning@jacobslaw.com

## CERTIFICATION

I hereby certify that the foregoing Motion for Extension of Time to File Reply Brief has been served by placing a copy thereof in the United States mail, first class postage prepaid, this 18th day of November, 2005, addressed to:

Joel Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA 02171

_____
Joshua D. Lanning