UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR ORDER TO DISCLOSE FEDERAL BUREAU OF INVESTIGATION RECORDS

Now come the Plaintiffs, Allstate Insurance Company and Allstate Indemnity Company, (hereinafter collectively referred to as "Allstate") pursuant to 5 U.S.C. §552 a(b)(11), and hereby request that this Court enter an order authorizing the disclosure of the investigative summaries and summary of witness statements contained within the United States Department of Justice Federal Bureau of Investigation records located in New Haven, Connecticut, related to the FBI's investigation and subsequent conviction of Arthur Siegel by the United States in the case U.S. v. Arthur M. Siegel, 3:01 CR 274 (AHN).

In further support of this motion, Allstate respectfully refers the Court's attention to the Memorandum of Fact and Law in Support of Plaintiff's Motion for an Order to Disclose Federal Bureau of Investigation Records.

**WHEREFORE**, for all the foregoing reasons as well as those contained in Allstate's Memorandum of Fact and Law in Support of Plaintiff's Motion for an Order to Disclose Federal

Bureau of Investigation Records, Allstate respectfully that this Court enter an order authorizing the disclosure of the investigative summaries and summary of witness statements regarding the investigation of Arthur Seigel contained in the United States Department of Justice Federal Bureau of Investigation records.

                                      Respectfully Submitted,
                                      *Allstate Insurance Company and Allstate Indemnity Company,*
                                      By Their Attorneys,

                                      _____
                                      David O. Brink, Federal Bar No. CT23989
                                      Richard D. King, Jr., Federal Bar No. CT23997
                                      Nathan A. Tilden, Federal Bar No. CT24011
                                      Smith & Brink, P.C.
                                      122 Quincy Shore Drive
                                      Quincy, MA  02171
                                      Tel.    (617) 770-2214

Dated: November 22, 2005

## CERTIFICATE OF SERVICE

I, Nathan A. Tilden, Esq., attorney for the Plaintiffs, hereby certify that I mailed, via first class mail, postage prepaid a copy of the foregoing documents to:

Ira B. Grudberg, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

David Rhieu
Federal Bureau of Investigation
Corporate Division Counsel
600 State Street
New Haven, CT 06510

- *Plaintiffs' Motion for Order to Disclose Federal Bureau of Investigation Records*
- *Memorandum of Fact and Law in Support of Plaintiffs' Motion for Order to Disclose Federal Bureau of Investigation Records*
- *Proposed Order on Plaintiffs' Motion for Order to Disclose Federal Bureau of Investigation Records*

_____
Nathan A. Tilden

Dated: November 22nd, 2005