UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO.  303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY<br>    Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.<br>and ELLEN SEIGEL,<br>    Defendants. | )<br>)<br>)<br>)  DECEMBER 5, 2005 |

## MOTION FOR PERMISSION TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES

Pursuant to Local Rule of Civil Procedure, Rule 7(d), defendants in the above-captioned matter respectfully request permission to file a Reply Brief in response to plaintiffs' Opposition to Defendants' Motion for Summary Judgment slightly in excess of ten pages.  Plaintiffs' opposition submission is well in excess of 1000 pages and the additional space is necessary to adequately address the issues raised therein.  Further, in their Opposition plaintiffs' raise an entirely new theory of fraud (CPT Upcoding Fraud) neither pled in their Amended Complaint nor heretofore asserted in any pleading.

Defendants' Reply Brief, filed herewith, is only two and a half pages in excess of the ten page limit.

THE DEFENDANTS
ARTHUR M. SEIGEL, M.D.; ARTHUR M.
SEIGEL, P.C.; ELLEN SEIGEL

By _____
    Ira B. Grudberg
    David L. Belt
    Joshua D. Lanning (ct24529)
    JACOBS, GRUDBERG, BELT, DOW & KATZ, P.C.
    350 Orange Street
    New Haven, Connecticut 06503
    Telephone No. (203) 772-3100
    Facsimile No. (203) 772-1691
    email:  jlanning@jacobslaw.com

## CERTIFICATION

I hereby certify that the foregoing has been served by placing a copy thereof in the United States mail, first class postage prepaid, this 5th day of December, 2005, addressed to:

Joel Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA  02171

_____
Ira B. Grudberg