UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

C. A. NO. 303CV 577(MRK)  '05

U.S. DISTRICT COURT
NEW HAVEN, CONN.

ALLSTATE INSURANCE COMPANY and )
ALLSTATE INDEMNITY COMPANY )
    Plaintiffs, )
)
v. )
)
ARTHUR M. SEIGEL, M.D., )
ARTHUR M. SEIGEL, M.D., P.C. )
and ELLEN SEIGEL, )
    Defendants. ) DECEMBER 5, 2005

### MOTION FOR PERMISSION TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES

    Pursuant to Local Rule of Civil Procedure, Rule 7(d), defendants in the above-captioned matter respectfully request permission to file a Reply Brief in response to plaintiffs' Opposition to Defendants' Motion for Summary Judgment slightly in excess of ten pages. Plaintiffs' opposition submission is well in excess of 1000 pages and the additional space is necessary to adequately address the issues raised therein. Further, in their Opposition plaintiffs' raise an entirely new theory of fraud (CPT Upcoding Fraud) neither pled in their Amended Complaint nor heretofore asserted in any pleading.

    Defendants' Reply Brief, filed herewith, is only two and a half pages in excess of the ten page limit.