UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO.  303 CV 0577 JBA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>    Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>    Defendants. | )<br>)<br>)<br>)    December 9, 2005 |

## MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM

Allstate Insurance Company and Allstate Indemnity Company (hereinafter collectively referred to as "Allstate") respectfully request leave of the Court to submit a Sur-Reply Memorandum in the above-entitled matter.  As reasons in support of this motion, Allstate avers as follows:

1. Allstate's Sur-Reply will provide the court with a complete analysis of legal arguments raised in defendants' Reply Brief;

2. Allstate's Sur-Reply addresses factual inaccuracies and mischaracterizations of the record contained in defendants' Reply Brief;

3. Defendants will suffer no prejudice by allowance of this Motion.

For all the foregoing reasons, Allstate respectfully requests leave of Court to file a Sur-Reply Memorandum, a copy which has been filed together herewith.

Respectfully Submitted
*Allstate Insurance Company and
Allstate Indemnity Company*
By their Attorneys,

_____
David O. Brink
Federal Bar No. CT23989
Richard D. King, Jr.
Federal Bar No. CT23997
Nathan A. Tilden
Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel.   (617) 770-2214

Dated:   December 9, 2005