UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

ALLSTATE INSURANCE COMPANY and )
ALLSTATE INDEMNITY COMPANY )
   Plaintiffs, )
)
v. )
)
)
ARTHUR M. SEIGEL, M.D., )
ARTHUR M. SEIGEL, M.D., P.C., )
and ELLEN SEIGEL, )
   Defendants. )
)

## PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. RULE 11

Now come plaintiffs, Allstate Insurance Company and Allstate Indemnity Company (hereinafter collectively referred to as "Allstate") and hereby move pursuant to Rule 11, Fed. R. Civ. P., for sanctions whereas defendants have filed (1) a frivolous motion for summary judgment (in contravention of this Court's prior admonition); and (2) an untimely counterclaim, in violation of Rule 11(b)(1)-(4). In support hereof, Allstate respectfully directs the Court's attention to the Memorandum of Fact and Law filed herewith.

WHEREFORE, for all of the foregoing reasons as well as those contained in Allstate's Memorandum of Fact and Law in Support of Plaintiffs' Motion for Sanctions Pursuant to Fed. R. Civ. P. Rule 11, Allstate respectfully requests that the Court enter an Order awarding Allstate its attorneys fees and cost in responding to defendants' Motion for Summary Judgment and defendants' Counterclaim.

Plaintiffs Request
Oral Argument

Respectfully Submitted,
Allstate Insurance Company and Allstate Indemnity Company,
By Their Attorneys,

/s/
_____
David O. Brink, Federal Bar No. CT23989
Richard D. King, Jr., Federal Bar No. CT23997
Nathan A. Tilden, Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA  02171
Tel.    (617) 770-2214

Dated: November 17, 2005