UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>Defendants. | )<br>)<br>)<br>) |

## ORDER ON PLAINTIFFS' MOTION FOR ORDER TO DISCLOSE FEDERAL BUREAU OF INVESTIGATION RECORDS

Having duly considered the provisions and purposes of the Privacy Act of 1974, 5 U.S.C. § 522a, and determining that the information sought is relevant to this proceeding, this Court hereby orders the disclosure of non-redacted investigative reports, witness statements and summaries thereof in the custody of the Federal Bureau of Investigation.

Entered this 13th day of December, 2005

_____
United States District Judge