UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and :<br>ALLSTATE INDEMNITY COMPANY  :<br>             Plaintiffs,  :<br>                         :<br>v.  :<br>                         :<br>ARTHUR M. SEIGEL, M.D.,  :<br>ARTHUR M. SEIGEL, M.D., P.C.,  :<br>and ELLEN SEIGEL,  :<br>             Defendants.  : | NO. 3:03CV577(MRK) |

**RULING AND ORDER**

For the reasons stated on the record in open court on December 13, 2005, the Court issues the following orders:

**(1)** Defendants' Motion for Summary Judgment [doc. #92] is DENIED IN PART and RESERVED IN PART. It is reserved in part with respect to the motion to dismiss Plaintiffs' claims against Defendant Ellen Seigel. It is denied with respect to all other claims because the Court concludes that there exist numerous issues of material fact that prevent entry of summary judgment. Plaintiffs shall confer with Defendants and report to the Court in writing no later than December 23, 2005, whether Plaintiffs intend to continue to proceed against Ms. Seigel;

**(2)** Plaintiffs' Motion to Strike Exhibit A Filed in Support of Defendants' Motion for Summary Judgment [doc. #104] is DENIED as moot;

**(3)** For good cause shown and in the absence of any opposition, Plaintiffs' Motion to Dismiss Defendants' Counterclaim is GRANTED. Defendants' Counterclaim is dismissed with prejudice and without costs or fees;

**(4)** For good cause shown and in the absence of any objection, Plaintiffs' Motion for Order

to Disclose FBI Records [doc. #110] is GRANTED. A separate Order to Disclose will be signed by the Court and docketed by the Clerk;

**(5)** Plaintiffs' Motion for Leave to File [doc. #117] is DENIED as moot; and

**(6)** Plaintiffs' Motion for Sanctions [doc. #118] is DENIED as unwarranted in the circumstances.

                                  IT IS SO ORDERED,

                            /s/       Mark R. Kravitz
                               United States District Judge

**Dated at New Haven, Connecticut, on December 13, 2005.**