UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY
    Plaintiffs,

v.

ARTHUR M. SEIGEL, M.D.,
ARTHUR M. SEIGEL, M.D., P.C.,
and ELLEN SEIGEL,
    Defendants.

## STIPULATION

The parties in the above-captioned matter hereby stipulate and agree to the following:

1. Pursuant to Rule 41, Fed. R. Civ. P., Count V (CUTPA) against Ellen Seigel <u>only</u> is dismissed with prejudice and without costs or fees;

2. The parties and their counsel shall not raise, comment on, discuss or reference in any manner whatsoever Plaintiffs' claim against Ellen Seigel as referenced in ¶1 above during the trial in this matter;

3. That the dismissal as referenced in ¶1 shall not constitute an admission regarding the substantive basis for and/or good-faith employed by Plaintiffs in filing their claim against Ellen Seigel in Count V;

4. That the dismissal of Plaintiffs' claim against Ellen Seigel constitutes a compromise of a disputed claim and Defendants, Arthur M. Seigel, M.D., Arthur M. Seigel, M.D., P.C., and Ellen Seigel agree not to pursue, file, advance or seek any adverse ruling, costs, sanctions, damages, injunctive relief and/or any other remedy or relief in equity or at law against Plaintiffs, Plaintiffs' employees,

predecessors-in-interest, successors-in-interest, assigns and Plaintiffs' attorneys, including, but not limited to, Smith & Brink, P.C., Skelly Rottner, P.C. and Joseph Mulshine, Esq., in connection with (1) the claim advanced against Ellen Seigel in Count V of Plaintiffs' Complaint, and (2) the state court litigation entitled <u>Allstate Insurance Company v. Arthur M. Seigel, et al</u>, (CV 02 0465455S; Superior Court, New Haven); and

5. That this agreement be construed in its broadest possible terms.

WHEREFORE, the undersigned on behalf of their respective parties hereby request that this stipulation and agreement be entered as an Order of the Court.

Respectfully submitted,
Allstate Insurance Company and
Allstate Indemnity Company
By their Attorneys,

_____
David O. Brink, Federal Bar No. CT23989
Richard D. King, Jr., Federal Bar No. CT23997
Nathan A. Tilden, Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel. (617) 770-2214

Dated: December 21, 2005

Respectfully submitted,
Arthur M. Seigel, M.D.,
Arthur M. Seigel, M.D., P.C.,
and Ellen Seigel
By their attorneys,

_____
Ira B. Grudberg, Federal Bar No. CT00178
Joshua Lannning, Federal Bar No.
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606
Tel. (203) 772-3100

Dated: December 22, 2005

_____
Mark R. Kravitz, U.S.D.J.

Dated: _____

2