UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY and<br>ALLSTATE INDEMNITY COMPANY<br>        Plaintiffs, | :<br>:<br>:<br>: | NO.  3:03CV577(MRK) |
| v. | : | |
| ARTHUR M. SEIGEL, M.D.,<br>ARTHUR M. SEIGEL, M.D., P.C.,<br>and ELLEN SEIGEL,<br>        Defendants. | :<br>:<br>:<br>:<br>: | |

**RULING AND ORDER**

In view of the parties' joint Stipulation [doc. #127], the Court issues the following orders: (1) the Court adopts the agreements contained in the joint Stipulation [doc. #127]; (2) Count V against Defendant Ellen Seigel is dismissed with prejudice and without costs or fees, and **Ellen Seigel is hereby terminated as a defendant**; and (3) Defendants' Motion for Summary Judgment [doc. #92] is DENIED as moot with respect to the motion to dismiss Plaintiffs' claims against Ellen Seigel.

IT IS SO ORDERED,

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on December 22, 2005.**