UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

C. A. NO. 303 CV 0577 MRK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY and ALLSTATE INDEMNITY COMPANY<br>Plaintiffs,<br><br>v.<br><br>ARTHUR M. SEIGEL, M.D., AND ARTHUR M. SEIGEL, M.D., P.C.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above action be dismissed with prejudice and without costs.

Respectfully submitted,
Plaintiffs,
*Allstate Insurance Company and Allstate Indemnity Company,*
By their Attorneys,

_____
David O. Brink, Federal Bar No. CT23989
Richard D. King, Jr., Federal Bar No. CT23997
Nathan A. Tilden, Federal Bar No. CT24011
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
Tel. (617) 770-2214

Dated: January 19, 2006

Respectfully Submitted,
Defendants,
*Arthur M. Seigel, M.D. and Arthur M. Seigel, M.D., P.C.,*
By their Attorneys,

_____
Ira B. Grudberg, Federal Bar No. CT00178
Joshua Lannning, Federal Bar No., CT24529
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606
Tel. (203) 772-3100

1/24/06

## **CERTIFICATION**

I hereby certify that the foregoing Stipulation of Dismissal with Prejudice and Without Costs was faxed this 25th day of January, 2006 to:

Joel Rottner, Esq.
Skelley Rottner, P.C.
P.O. Box 340890
Hartford, CT 06134-0890

David O. Brink, Esq.
Richard D. King, Jr., Esq.
Nathan A. Tilden, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive, 2nd Floor
Quincy, MA 02171

_____
Ira B. Grudberg